# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

In Re:      )      Case No. 24-31391

LTC Transportation, LLC      )      Judge

Debtor.      )      **AFFIDAVIT OF COMPLIANCE WITH 11 U.S.C. § 1116(1)(B)**

     )

*************************************************************************

Statement pursuant to 11 U.S.C. 1116(1)(B):

The undersigned, Tod Chiles, Managing Member of LTC Transportation, LLC does state that no cash flow and has been prepared for the Debtor.

By: Tod Chiles
Managing Member of
LTC Transportation, LLC

STATE OF OHIO      )
                    ) SS:
COUNTY OF LUCAS      )

Before me, a Notary Public in and for said County and State, personally appeared the above named, Tod Chiles, who acknowledged that he did sign the foregoing instrument. This is a jurat. An oath or affirmation was administered to the signer with regard to this notarial act.

In testimony whereof, I have hereunto set my hand and official seal at, Ohio, this 24th day of July 2024.

Name:
My Commission Expires:

**John E. Hatcher, Attorney at Law**
**Notary Public-State of Ohio**
**My Commission Has No Expiration Date**
**Section 147.03RC**