**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In Re:  LTC Transportation | * | Case No.  24-31391 |
| | * | Judge Mary Ann Whipple |
| | * | Chapter 11 Proceeding |
| | * | |
| | * | |
| Debtor | * | |

**DESIGNATION OF RESPONSIBLE PERSON OF THE**
**DEBTOR**

Now comes, LTC Transportation. LLC, by and through undersigned counsel, and would state that Tod Chiles shall be responsible for any and all acts required by the Code or the rules to be performed by the Debtor as a Limited Liability Company, and who shall attend on behalf of the debtor any examination, meeting or hearing unless ordered otherwise.

*/s/Eric R. Neuman*
Eric R. Neuman (0069794)
DILLER & RICE
Attorney for Debtor
1105-1107 Adams Street
Toledo, Ohio 43604
Phone: (419) 724-9047
Fax: (419) 238-4705
eric@drlawllc.com

LTC Transportation, LLC

By */s/Tod Chiles original signature on file with Debtor's counsel*
Tod Chiles
Managing Member