# LTC Transportation LLC
## Profit & Loss
### January through June 2024

| | Jan - Jun 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Gross Trucking Income | 1,052,646.12 |
| **Total Income** | 1,052,646.12 |
| **Gross Profit** | 1,052,646.12 |
| **Expense** | |
| Travel Expenses for Drivers | 3,995.65 |
| Compliance Expense | 153.77 |
| Radio Subscription | 2,214.52 |
| Tablet Fees | 36.16 |
| Overweight Fines | 136.50 |
| Loan Fees | 2,528.88 |
| Shower | 80.00 |
| Guaranteed Payments Tod & Lisa | 22,005.72 |
| Penalty | 284.00 |
| Equipment Rental | 435.96 |
| Advertising | 110.00 |
| Bank Service Charges | 54.00 |
| Cat Tax | 2,041.00 |
| Computer and Internet Expenses | 53.61 |
| Fuel Expense | 413,060.11 |
| Insurance Expense | 38,291.18 |
| Lumper Expense | 1,301.60 |
| Meals and Entertainment | 129.66 |
| Miscellaneous | 1,623.34 |
| Oil Additives Supplements Fluid | 7,086.14 |
| Payroll Expenses | 516,780.62 |
| **Payroll Taxes** | |
| Medicare Expense | 5,961.33 |
| Social Security Expense | 25,489.84 |
| SUTA | 4,684.92 |
| Workers Compensation | 5,075.50 |
| **Total Payroll Taxes** | 41,211.59 |
| Professional Fees | 8,218.75 |
| Repairs and Maintenance | 60,154.40 |
| Scales | 2,220.90 |
| Supplies | 283.13 |
| Tires | 15,149.29 |
| Tolls | 7,349.82 |
| Towing Expense | 150.00 |
| Truck Wash | 974.01 |
| **Total Expense** | 1,148,114.31 |
| **Net Ordinary Income** | -95,468.19 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 0.31 |
| **Total Other Income** | 0.31 |
| **Other Expense** | |
| Depreciation Expense | 82,898.50 |
| Interest Expense | 88,027.54 |
| **Total Other Expense** | 170,926.04 |
| **Net Other Income** | -170,925.73 |
| **Net Income** | **-266,393.92** |

24-31391-maw    Doc 8    FILED 07/29/24    ENTERED 07/29/24 12:45:06    Page 1 of 1