**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_____
Mary Ann Whipple
United States Bankruptcy Judge

**Dated:  March 25 2025**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 24-31391 |
| | | Judge Mary Ann Whipple |
| LTC Transportation, LLC | * | |
| Debtor | * | Chapter 11 Proceeding, Subchapter V |
| | * | |
| * | * | * |

_____

## ORDER CONFIRMING CONSENSUAL PLAN UNDER SUBCHAPTER V OF CHAPTER 11

_____

This matter came on before the Court for a confirmation hearing upon the Modified Plan (Doc. 111) ("the Plan") filed by the Debtor, LTC Transportation, LLC ("Debtor"); a copy of the same having been transmitted to creditors and equity security holders. Appearing at the confirmation hearing, which was held telephonically by the Court, were: (1) Eric Neuman, on

behalf of the Debtor; (2) Tod Chiles, Managing Member of the Debtor; (3) Lauren Schoenewald, on behalf of the office of the United States Trustee; and (4) Patricia Fugee, subchapter V Trustee.

The Court would now find that the Plan and the Order Setting Confirmation Hearing and related Deadlines (Doc. No. 112) was served upon all creditors and parties in interests as required pursuant to said Order, and that no Objections to the Plan were filed within the time provided in said Order.

The Court would further find that the Debtor caused to be filed a Summary of Ballots (Doc. No. 119). ("the Summary of Ballots"). Pursuant to said Summary of Ballots, the Court would also find that, to the extent any allowed claim exists with respect to a particular Class, all Impaired Classes in the Plan affirmatively voted to accept the Plan with respect to the treatment provided to such Class, except that no ballots were cast for Classes 3, 4, 6, 7 and 8, but whose claims were provided for in Class 9 of the Plan, with such Class voting to affirmatively accept the Plan. In addition, no ballot was cast with respect to Class 5, but whose claim and treatment in said Class was subject to an agreed order entered by the Court. (Doc. No. 49).

Based thereon, and based upon the findings made by the Court at the confirmation hearing, the Court now finds that all the requirements for the confirmation of a consensual plan set forth in 11 U.S.C. § 1191(a) have been satisfied.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

The Plan filed by the Debtor on January 24, 2024, at Docket Number 111, is hereby **CONFIRMED** as a consensual Small Business Subchapter V plan pursuant to 11 U.S.C. § 1191(a).

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1183(c)(1), the services of the Subchapter V Trustee, Patricia Fugee, shall terminate, without further notice or hearing, upon the

2

Plan being substantially consummated, and consistent with 11 U.S.C. § 1183(c)(2), the Debtor shall file notice of the substantial consummation of the Plan no later than 14 days after substantial consummation of the Plan and shall serve such notice thereof on the trustee, the United States trustee, and all parties in interest.

**IT IS FURTHER ORDERED** that as soon as practicable after the Substantial Consummation of the Plan, the Debtor shall file a Motion to have the case closed, for the Debtor's discharge, and to have the Court enter a final decree.

**IT IS SO ORDERED.**

# # #

**No Objection:**

*/s/ Lauren C. Schoenewald per email authorization dated 3-24-2025*
Lauren C. Schoenewald (0097694)
Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
201 Superior Avenue E, #441
Cleveland, Ohio 44114
(216) 522-7810
(216) 522-7183 (facsimile)
lauren.schoenewald@usdoj.gov

*/s/ Patricia B. Fugée per email authorization dated 3-24-2025*
Patricia B. Fugée (0070698)
FisherBroyles, LLP
27100 Oakmead Drive, #306
Perrysburg, OH 43553
Telephone: (419) 874-6859
Fax: (419) 550-1515
Email: patricia.fugee@fisherbroyles.com
*Subchapter V Trustee*