United States Bankruptcy Court
Northern District of Ohio

| | |
|---|---|
| In re: | Case No. 24-31391-maw |
| LTC Transportation, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LTC Transportation, LLC, 120 Meadowbrook Lane, Saint Marys, OH 45885-9609 |
| acc | + | Linda Stine, 85 Oakley Meadow Lane, Tiffin, OH 44883-3400 |
| cr | + | The First National Bank of Pandora, PO Box 329, Pandora, OH 45877-0329 |
| 27899701 | + | Bob Sumerel Tire Service, 1200 E. Kibby Street, Lima, OH 45804-3163 |
| 27899703 | + | Channel Partners, 600 TownPark Lane, Suite 555, Kennesaw, GA 30144-3769 |
| 27899704 | + | Daimler Truck Financial Services, 14372 Heritage Parkway, Suite 400, Fort Worth, TX 76177-3300 |
| 27963574 | + | Daimler Truck Financial Services USA LLC, c/o Stephen B. Grow, 700 Terrace Point Road, Suite 350, Muskegon, MI 49440-1262 |
| 27899705 | + | First National Bank of Pandora, 102 E Main St, Pandora, OH 45877-8706 |
| 27899706 | + | Flag City Mack, 151 Stanford Pkwy, Findlay, OH 45840-1795 |
| 27938431 | + | James A Hammer, 112 East Oak Street, OH, Bowling Green 43402-2405 |
| 27938419 | + | James A. Hammer, 112 East Oak Street, Bowling Green, OH 43402-2405 |
| 27899710 | + | Newity, 123 W Washington Blvd,, Chicago, IL 60602 |
| 27959196 | | Northpoint Commercial Finance LLC c/o LBC Capital, Lorie Belizile-Gilbert, 5035 South Service Road, Burlington ON L7L 6M9 |
| 27899715 | + | RRR Tire Service, 1880 Celina Rd., Saint Marys, OH 45885-1218 |
| 27963573 | + | Stephen B. Grow, 700 Terrace Point Road, Suite 350, Muskegon, MI 49440-1262 |
| 27938420 | + | The First National Bank of Pandora, c/o Stearns & Hammer, 112 East Oak Street, Bowling Green, OH 43402-2405 |
| 27899716 | + | Tod Chiles, 120 Meadowbrook Lane, Saint Marys, OH 45885-9609 |
| 27899717 | + | Todd Chiles, 120 Meadowbrook Ln, Saint Marys, OH 45885-9609 |
| 27899719 | ++ | US SMALL BUSINESS ADMINISTRATION, 65 EAST STATE STREET SUITE 1350, COLUMBUS OH 43215-4237 address filed with court:, US Small Business Administration, District Counsel, 1350 Euclid Avenue, Suite 211, Cleveland, OH 44121 |
| 27899718 | | United States Attorney, Suite 308, Four Seagate, Third Fl, Toledo, OH 43604 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | Mar 25 2025 21:03:00 | Ohio Attorney General, Collections Enforcement, 640 Jackson St., Suite 1340, Toledo, OH 43604 |
| cr | + | Email/Text: vfs.bnc.us@volvo.com | Mar 25 2025 21:04:00 | VFS US LLC, 8003 Piedmont Triad Parkway, Greensboro, NC 27409-9407 |
| 27919322 | | Email/Text: Jeff.Lothert@channelpartnersllc.com | Mar 25 2025 21:03:00 | Channel Partners Capital, LLC, 10900 Wayzata Blvd, Ste 300, Minnetonka, MN 55305 |
| 27899702 | + | Email/Text: Jeff.Lothert@channelpartnersllc.com | Mar 25 2025 21:03:00 | Channel Parnters, 10900 Wayzata Blvd, Hopkins, MN 55305-5602 |
| 27899708 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2025 21:03:00 | Internal Revenue Service, Insolvency Group 6, 1240 East Ninth Street, Room 493, Cleveland, OH 44199-9941 |
| 27899709 | + | Email/Text: vfs.bnc.us@volvo.com | Mar 25 2025 21:04:00 | Mack Financial Services, PO Box 26131, Greensboro, NC 27402-6131 |
| 27993634 | + | Email/Text: legal@newitymarket.com | Mar 25 2025 21:04:00 | Northeast Bank, c/o NEWITY LLC, 1123 W Washington Blvd Fl 3, Chicago, IL 60607-2078 |
| 27899711 | | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | | |

| | | Mar 25 2025 21:03:00 | Ohio Attorney General, 30 East Broad St., 16th Floor, Columbus, OH 43215 |
| 27899712 | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | Mar 25 2025 21:03:00 | Ohio Bureau of Workers' Compensatio, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |
| 28107173 | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | Mar 25 2025 21:03:00 | Ohio Bureau of Workers' Compensation, PO Box 15567, Columbus, OH 43215-0567 |
| 27899713 | + Email/Text: uibankruptcy@jfs.ohio.gov | Mar 25 2025 21:04:00 | Ohio Department of Job & Family, P.O. Box 182830, Columbus, OH 43218-2830 |
| 27899714 | Email/Text: Bankruptcy.notices@tax.state.oh.us | Mar 25 2025 21:04:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, P.O. Box 530, Columbus, OH 43216-0530 |
| 27951439 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 25 2025 21:04:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 27912821 | + Email/Text: philip.morrison@sba.gov | Mar 25 2025 21:04:00 | U.S. Small Business Administration, 65 East State Street, Suite 1350, Columbus, OH 43215-4237 |
| 27899720 | + Email/Text: vfs.bnc.us@volvo.com | Mar 25 2025 21:04:00 | VFS US LLC, P.O. Box 26131, Greensboro, NC 27402-6131 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Daimler Truck Financial Services USA LLC |
| 27899707 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27938436 | *+ | James A Hammer, 112 East Oak Street, Bowling Green, OH 43402-2405 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2025                  Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher William Stone | on behalf of Attorney Ohio Attorney General christopher.stone@ohioago.gov |
| Eric R. Neuman | on behalf of Debtor LTC Transportation  LLC Eric@drlawllc.com, kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com |
| James A. Hammer | |

on behalf of Creditor The First National Bank of Pandora office@stearnsandhammer.com

Kerri N. Bruckner

on behalf of Creditor VFS US LLC kbruckner@brickergraydon.com

Lauren Schoenewald ust47

on behalf of U.S. Trustee United States Trustee lauren.schoenewald@usdoj.gov

Patricia B. Fugee

patricia.fugee@fisherbroyles.com  cpbf11@trustesolutions.net

Stephen B. Grow

on behalf of Creditor Daimler Truck Financial Services USA LLC sgrow@wnj.com


TOTAL: 7

Northern District Of Ohio
United States Bankruptcy Court
405 Madison Ave Room 604
Toledo, OH 43604

**Case No. 24−31391−maw**

**In re:**
  LTC Transportation, LLC
  120 Meadowbrook Lane
  Saint Marys, OH 45885

**Social Security No.:**

**Employer's Tax I.D. No.:**
  81−5479848

**NOTICE OF CONFIRMATION OF PLAN**

**To the Creditors and Parties in Interest:**

On March 25, 2025 , this Court entered an Order confirming the Debtor's Plan of Reorganization. Be advised that the confirmed plan and order confirming plan are on file with:

United States Bankruptcy Court
405 Madison Ave Room 604
Toledo, OH 43604

**Dated:** March 25, 2025                                              For the Court
Form ohnb242                                                        Josiah C. Sell, Clerk