# THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

In Re:        *        Case No. 24-31391

LTC Transportation, LLC        *        Judge Mary Ann Whipple

Debtor        *        Chapter 11 Proceeding

## MOTION TO MODIFY CONFIRMED PLAN

Now comes the Debtor, LTC Transportation, LLC, ("Debtor"), by and through undersigned counsel, and hereby files this "Motion" to Modify the Debtor's Confirmed Plan. The Debtor brings this Motion pursuant to 11 U.S.C § 1193(b) and Bankruptcy Rule 3019. As and for this Motion, the Debtor respectfully states:

On July 29, 2024, the Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code.

On March 25, 2025, the Court entered an Order, confirming the Debtor's Chapter 11 Plan of reorganization. ("Plan"). (Doc. No. 125). The Debtor's Plan was confirmed as a consensual Small Business Subchapter V Plan pursuant to 11 U.S.C. § 1191(a).

After the Debtor's Chapter 11 Plan was confirmed, the Debtor continued its business operations. However, after a short period of time, it became apparent to the Debtor that it could no longer operate its business profitably, and thus the Debtor made the business decision to cease operations. Based upon this, the Debtor files the herein motion to Modify its Confirmed Plan.

Because of the closing of the Debtor's business operations, the Debtor had not yet made payments to creditors under the Plan. Based thereon, the Debtor asserts that the Plan has not

been substantially consummated. Therefore, Debtor has met this requirement of § 1193(b) to allow for modification of the Plan. This provision provide:

(b) Modification After Confirmation.—

If a plan has been confirmed under section 1191(a) of this title, the debtor may modify the plan at any time after confirmation of the plan and before substantial consummation of the plan, but may not modify the plan so that the plan as modified fails to meet the requirements of sections 1122 and 1123 of this title, with the exception of subsection (a)(8) of such section 1123. The plan, as modified under this subsection, becomes the plan only if circumstances warrant the modification and the court, after notice and a hearing, confirms the plan as modified under section 1191(a) of this title.

Pursuant to § 1193(b), the Debtor proposes the following modifications to its Plan according to the following terms.

(1) The Debtor's Plan shall be a liquidating Plan.

(2) The Debtor shall liquidate its remaining non-encumbered assets which consists of the following:

    a. 2017 Freightliner Coronado   VIN ending HK1724

    b. 2019 Mack Anthem          VIN ending 001475

    c. 2019 Mack Anthem          VIN ending 002410

(Collectively the "Vehicles").

(3) The Debtor shall sell and liquidate the 2017 Freightliner Coronado, VIN ending HK1724, as follows:

    a. The Vehicle shall be marketed and sold by Flag City Truck and Equipment of Findlay, Ohio.

    b. The asking price for the Vehicle shall be $65,000.00.

    c. Unless Court approval is obtained, the Debtor shall be authorized to sell the Vehicle for a price of no less than $55,000.00.

d. The Debtor shall be authorized to pay Flag City Truck and Equipment the sum of $2,000.00 from the sale price of the Vehicle for Flag City Truck and Equipment selling and marketing the Vehicle.

e. The net proceeds received from the sale of the Vehicle shall be paid to the Debtor.

f. The Sale of the Vehicle shall be free and clear pursuant to 11 U.S.C. § 363(f) and the successful purchaser of the Vehicle shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

(4) The Debtor shall sell and liquidate the 2019 Mack Anthem, VIN ending 002410, as follows:

a. The Vehicle shall be sold to Cook Carriers, a non-insider.

b. The Vehicle shall be sold to Cook Carriers for the sum of $20,000.00. Attached hereto as Exhibit A is an appraisal of a similar vehicle by Flag City Truck and Equipment showing that the sale price for the Vehicle is a fair market value for the Vehicle. For this purpose, the Vehicle being sold to Cook Carriers is higher in mileage than the one set forth in the appraisal and the Vehicle to be sold to Cook Carriers has $4,500 of routine maintenance which needs done including full brake shoes and drum replacement.

c. The proceeds received from the sale of the Vehicle shall be paid to the Debtor.

d. The Sale of the Vehicle to Cook Carriers shall be free and clear pursuant to 11 U.S.C. § 363(f) and Cook Carriers shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

(5) The Debtor shall sell and liquidate the 2019 Mack Anthem, VIN ending 001475, as

follows:

    a. The Vehicle shall be sold to Phillip Chiles, the son of the Debtor's principal, Todd Chiles.

    b. The Vehicle shall be sold to Phillip Chiles for the sum of $22,000.00. Attached hereto as Exhibit A is an appraisal of the Vehicle by Flag City Truck and Equipment showing that the sale price for the Vehicle is a fair market value for the Vehicle. The Vehicle is being sold for less than the appraisal as the appraisal did not take into consideration that repairs need to be made to the Vehicle which will cost approximately $3,000.00.

    c. The proceeds received from the sale of the Vehicle shall be paid to the Debtor.

    d. The Sale of the Vehicle to Phillip Chiles shall be free and clear pursuant to 11 U.S.C. § 363(f) and Phillip Chiles shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

(6) The Debtor shall file with the Court a report of sale for each of the Vehicles.

(7) After the receipt of the sale proceeds of all of the Vehicles, the proceeds received from the sale of the Vehicles, as well as those funds currently held by the Debtor, which total $230, shall be disbursed to the following administrative claims:

| Claimant | Basis for Claim | Amount of Claim |
| --- | --- | --- |
| Phillip Chiles | Unpaid Wages | $6,400.00 |
| Phillip Chiles | Truck Repairs (see attached Exhibit B) | $4,378.00 |
| Richard Waite | Truck Repairs (see attached Exhibit C) | $5,840.00[1] |
| Linda Stine (subject to final approval by the Court).[2] | Accounting Services | $16,575.00 |

---

[1] The Debtor repaid Mr. Waite $4,242.52 of repairs paid foe by Mr. Waite on behalf of the Debtor.
[2] The Accountant Linda Stine will be filing an application with the Court seeking final approval of her fees.

|  |  |  |
|---|---|---|
| Patricia Fugee | Chapter 11 Trustee fees | $5,657.50 |
| Alvada Truck Repair | Truck Repairs (see attached Exhibit C-2) | $36,000.00[3] |
| Eric Neuman | Attorney for Debtor | $14,090.35[4] |

(subject to final approval by the Court).

(8) Funds remaining after the payment of the above administrative claims shall be paid, pro-rata, to those creditors holding allowed unsecured claims.

(9) The Debtor shall be the disbursing agent for all distributions made above under the modified plan.

(10) After the disbursement of all funds to creditors, the Debtor shall file a final report of distribution with the Court and shall thereafter seek to have a final decree entered by the Court.

**WHEREFORE**, the Debtor asks that the Court approve a modification to its confirmed plan, as set forth herein, and that the Court enter an Order, substantially in the form attached hereto as Exhibit D, and that the Court enter any other relief in favor of the Debtor it deems to be just and equitable.

Respectfully submitted

*/s/Eric R. Neuman*
Eric R. Neuman (0069794)
DILLER & RICE
Attorney for Debtor
1105-1107 Adams Street
Toledo, Ohio 43604
Phone: (419) 244-8500
Fax: (419) 238-4705
eric@drlawllc.com

---

[3] The Debtor's bankruptcy case was filed on July 29, 2024.
[4] Additional fees and costs are accruing. Subject to further fee application to Court.

# NOTICE PURSUANT TO LOCAL RULE

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. If you do not have an attorney, you may wish to consult one.** Under Local Bankruptcy Rule 9013-1 and 4:08, unless a written response to the Motion is filed with the Clerk of the Court and served on the moving party and the Office of the U.S. Trustee, objecting to the relief requested within twenty-one (21) days, the Court may deem the opposition waived, treat the motions as conceded, and issue an order granting the requested relief without further notice of hearing.

## CERTIFICATE OF SERVICE

I, Eric R. Neuman, do hereby certify that a copy of this Motion to Dismiss was mailed or electronically sent to the following attached list of interested parties and creditors this 8th day of August 2025.

/s/Eric R. Neuman
Eric R. Neuman

Service List:

**Notice will be electronically mailed to:**

- **Kerri N. Bruckner**   kbruckner@brickergraydon.com
- **Patricia B. Fugee**   patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net
- **Stephen B. Grow**   sgrow@wnj.com
- **James A. Hammer**   office@stearnsandhammer.com
- **Eric R. Neuman**   Eric@drlawllc.com, kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com
- **Christopher William Stone**   christopher.stone@ohioago.gov
- **United States Trustee**   (Registered address)@usdoj.gov
- **Lauren Schoenewald ust47**   lauren.schoenewald@usdoj.gov

**Notice will be mailed to:**

Bob Sumerel Tire Service
1200 E. Kibby Street
Lima, OH 45804

Daimler Truck Financial Services
14372 Heritage Parkway Suite 400
Fort Worth, TX 76177

Channel Partners
10900 Wayzata Blvd
Hopkins, MN 55305

First National Bank of Pandora
102 E Main St
Pandora, OH 45877

Flag City Mack
151 Stanford Pkwy
Findlay, OH 45840

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114

Lorie Belzile-Gilbert
Northpoint Finance
c/o LBC Capital
5035 South Service Rd.
Burlington, ON, CANADA
L7L 6M9

Newity
123 W Washington Blvd
Chicago, IL 60607

Ohio Attorney General
30 East Broad St., 16th Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215

Ohio Department of Job & Family
P.O. Box 182830
Columbus, OH 43218

Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH
43216-0530

RRR Tire Service
1880 Celina Rd.
Saint Mary's, OH 45885

United States Attorney
Suite 308, Four Seagate, Third Fl
Toledo, OH 43604

US Small Business Administration
District Counsel
1350 Euclid Avenue
Suite 211
Cleveland, OH 44121

VFS US LLC
P.O. Box 26131
Greensboro, NC 27402



Subject: Truck Appraisal

Date: 07/29/25

Here is appraisal based on current market conditions.

2019 Mack Anthem 70" sleeper unit
VIN # 1M1AN4GY0KM001475
Mack MP8 505 HP
Mack m-drive 12 speed transmission
Current miles / 858,000
One owner

APPRAISED VALUE $25,000.00



# Service INVOICE

## R300327406:02

ESTIMATE: 19327999

**FLAG CITY TRUCK**
151 STANFORD PARKWAY ⬥ FINDLAY, OH 45840
419-423-3131 ⬥ Toll Free: 800-472-9597

| BILL TO | DELIVER TO |
|---|---|
| L T C TRANSPORTATION LLC - 14606<br>120 MEADOWBROOK LANE<br>SAINT MARYS  OH 45885<br>P: (567) 356-6999<br>F: | L T C TRANSPORTATION LLC - 14606<br>120 MEADOWBROOK LANE<br>SAINT MARYS  OH 45885<br>P: (567) 356-6999<br>F: |

| DATE ARRIVED | DATE INVOICE | SALES TYPE | ADVISOR | TERMS | CUSTOMER REFERENCE |
|---|---|---|---|---|---|
| 2/25/2025  9:25:15AM | 3/4/2025 | SRET | JAMIE | MCVIAX | |

| YEAR | MAKE | MODEL | VIN | CUSTOMER UNIT # | COMPONENT S/N | IN SERVICE | ODOMETER IN | ODOMETER OUT |
|---|---|---|---|---|---|---|---|---|
| 2019 | MACK | AN64T | 1M1AN4GYXKM002410 | 2374 | | | 798155 | 798155 |

## Sold Operations

**JOB #1  04--00        SRET    EXHAUST**

COMPLAINT     04--00 - Using A Lot Of DEF -

CAUSE

CORRECTION   Found that with the shorted out injector. Causing the engine to run rough at times. The nox levels coming out of the engine, could of been causing the DEF system to work extra hard to compensate the nox levels. Now that the fuel injector is replaced. The engine runs smooth. The nox levels are back at the specified levels. Performed a crystal sublimation regen. To monitor the nox levels. The regen went through with no faults.  Truck will need test drive.

| QTY | ITEM | DESCRIPTION | List Price | UNIT PRICE | EXTD PRICE |
|---|---|---|---|---|---|
| | LABOR 04--00 | 04--00 - Using A Lot Of DEF | | | 187.00 |

<div align="right">

**TOTAL JOB #1  04--00        187.00**

</div>

**JOB #3  01--00        SRET    ENGINE**

COMPLAINT     01--00 - Injector Code -

CAUSE          #4 Injector-Earthing Fault

CORRECTION   Found one active fault. P2A1614 Injection Pump Fuel Metering Control "D" (Cam/Rotor/Injector),  Circuit Short To Ground or Open. Used GD to diagnose the fault. Found the #4 injector has a open circuit on pins 3 and 4. Need to replace the #4 injector. Getting a quote. Customer approved the repair. Drained the coolant. Removed the spring clips and rocker shaft. Drained the fuel from the head. Removed the #4 injector. Removed the injector cup. Cleaned the injector bore. Installed a new cup and new injector in #4.  Torqued the hold down bolt to spec. Installed the new fuel line and torqued to spec. Programmed the new calibration code for injector #4. Installed the rocker shaft with new adjuster for #4 injector. Installed a new plastic oil supply tube for VEB housing.  Torqued rocker shaft to spec. Installed the fuel rail pressure sensor and torqued to spec. Adjusted the overhead to spec. Installed the spring clips and torqued to spec. Cleaned the sealing surface. Installed the valve cover and torqued to spec. Installed the egr cross over pipe and air cleaner. Filled the coolant. Started the engine. Performed function parameter reset. Cleared the faults. The fault did not come back. Turned the core into parts.

| QTY | ITEM | DESCRIPTION | List Price | UNIT PRICE | EXTD PRICE |
|---|---|---|---|---|---|
| | LABOR 01--00 | 01--00 - Injector Code | | | 2,244.00 |
| 1 | 300M/85022131 | INJECTOR-PUMPING | 854.46 | 593.87 | 593.87 |
| 1 | 300M/85022131-CORE | INJECTOR | 360.00 | 360.00 | 360.00 |
| 1 | 300M/23000870 | FUEL LINE LEFT | 40.66 | 28.26 | 28.26 |

24-31391-maw    Doc 173    FILED 08/08/25    ENTERED 08/08/25 13:16:01    Page 9 of 18



**FLAG CITY TRUCK**

151 STANFORD PARKWAY ◆ FINDLAY, OH 45840

419-423-3131 ◆ Toll Free: 800-472-9597

| BILL TO | DELIVER TO |
|---|---|
| L T C TRANSPORTATION LLC - 14606<br>120 MEADOWBROOK LANE<br>SAINT MARYS  OH 45885<br>P: (567) 356-6999<br>F: | L T C TRANSPORTATION LLC - 14606<br>120 MEADOWBROOK LANE<br>SAINT MARYS  OH 45885<br>P: (567) 356-6999<br>F: |

| DATE ARRIVED | DATE INVOICE | SALES TYPE | ADVISOR | TERMS | CUSTOMER REFERENCE |
|---|---|---|---|---|---|
| 2/25/2025  9:25:15AM | 3/4/2025 | SRET | JAMIE | MCVIAX | |

| YEAR | MAKE | MODEL | VIN | CUSTOMER UNIT # | COMPONENT S/N | IN SERVICE | ODOMETER IN | ODOMETER OUT |
|---|---|---|---|---|---|---|---|---|
| 2019 | MACK | AN64T | 1M1AN4GYXKM002410 | 2374 | | | 798155 | 798155 |

## Sold Operations (Cont.)

| QTY | ITEM | DESCRIPTION | List Price | UNIT PRICE | EXTD PRICE |
|---|---|---|---|---|---|
| 1 | 300H/MSC00222778 | GRADE 80 3M BRISTLE DISCS | 18.41 | 13.39 | 13.39 |
| 1 | 300D/5166-82220 | BRAKE CLEANER | 9.37 | 6.82 | 6.82 |
| 1 | 300M/24429533 | CONNECTION PIPE | 21.27 | 15.47 | 15.47 |
| -1 | 300M/85022131-CORE | INJECTOR | 360.00 | 360.00 | -360.00 |

**TOTAL JOB #3  01--00**       **2,901.81**

**JOB #4  00--02SS**      SRET      **B-SERVICE (SERVICE SPECIAL)**

COMPLAINT     B-Service Complete Service -

CAUSE          B-Service

CORRECTION   Found that the engine air filter is a K&N filter. The filter is very dirty. Needs to be cleaned or replaced. Changed engine oil and filters with new. Used 36 qts of bulk 10w30 engine oil. Chagned fuel filters and coolant filter with new. Adjusted all tire pressures to spec. Checked all fluid levels. Topped off the washer fluid with 2 gallons of fluid. Greased chassis. Checked all lights. Found the license plate light was burnt out. Removed and replaced with new. Placed sticker in the windshield.

| QTY | ITEM | DESCRIPTION | List Price | UNIT PRICE | EXTD PRICE |
|---|---|---|---|---|---|
| | LABOR 00--02 | B-Service Complete Service | | | 300.00 |
| 1 | 300M/21937298 | COOLANT FILTER | 22.25 | 13.84 | 13.84 |
| 2 | 300X/WW221 | WSHRFLUID | 7.72 | 5.62 | 11.24 |
| 1 | 300M/24490626 | FILTER KIT | 240.01 | 149.29 | 149.29 |
| 1 | 300M/25036928 | LICENSE PLATE LIGHT ASSY | 38.73 | 15.73 | 15.73 |
| 36 | 300X/1030S | 10W30 ENGINE OIL-QUART | 7.96 | 5.79 | 208.44 |

**TOTAL JOB #4  00--02SS**       **698.54**

**JOB #5  00--00**      SRET      **MAINTENANCE SERVICE**

COMPLAINT     REPAIR ACTIVE CODE -

CAUSE

24-31391-maw    Doc 173    FILED 08/08/25    ENTERED 08/08/25 13:16:01    Page 10 of 18



**FLAG CITY TRUCK**
151 STANFORD PARKWAY ◆ FINDLAY, OH 45840
419-423-3131 ◆ Toll Free: 800-472-9597

| BILL TO | DELIVER TO |
|---|---|
| L T C TRANSPORTATION LLC - 14606<br>120 MEADOWBROOK LANE<br>SAINT MARYS  OH 45885<br>P: (567) 356-6999<br>F: | L T C TRANSPORTATION LLC - 14606<br>120 MEADOWBROOK LANE<br>SAINT MARYS  OH 45885<br>P: (567) 356-6999<br>F: |

| DATE ARRIVED | DATE INVOICE | SALES TYPE | ADVISOR | TERMS | CUSTOMER REFERENCE |
|---|---|---|---|---|---|
| 2/25/2025  9:25:15AM | 3/4/2025 | SRET | JAMIE | MCVIAX | |

| YEAR | MAKE | MODEL | VIN | CUSTOMER UNIT # | COMPONENT S/N | IN SERVICE | ODOMETER IN | ODOMETER OUT |
|---|---|---|---|---|---|---|---|---|
| 2019 | MACK | AN64T | 1M1AN4GYXKM002410 | 2374 | | | 798155 | 798155 |

### Sold Operations (Cont.)

CORRECTION   Hook up lap top and checked the codes. Found that the code was active for the pm sensor. Checked and power and ground were present.  Service Manager called and talked to customer and got ok to move forward.  Tried to remove the pm sensor and found the sensor was not coming loose. Used heat to try to get sensor to remove. The sensor was only spinning and not coming out. Threads pulled out of bung for pm sensor. Unit would need to go to the fab shop to replace the bung. Customer did not want to move forward with that repair at this time.

| QTY | ITEM | DESCRIPTION | List Price | UNIT PRICE | EXTD PRICE |
|---|---|---|---|---|---|
| | LABOR 00—00 | REPAIR ACTIVE CODE | | | 374.00 |

| | | | | **TOTAL JOB #5  00--00** | **374.00** |
|---|---|---|---|---|---|

Thank you for trusting Flag City Truck with your vehicle maintenance.  It's possible you may receive a brief survey regarding your recent repairs.  If you cannot answer the survey questions that you were completely satisfied please call Jeremy Roszman or Jamie Schlachter to discuss.  Thank you!

INVOICE REPRINT

I hereby authorize the above repair work to be done along with the necessary material, and hereby grant you and/or your employees' permission to operate the car or truck herein described on the streets , highways or elsewhere for the purpose of testing and inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto.
1 ½% SERVICE CHARGE AFTER 30 DAYS – 18% ANNUAL
STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| SUBTOTAL | 4,161.35 |
|---|---|
| PREPAY | 0.00 |
| SHOP SUPPLIES | 217.35 |
| TAX | 0.00 |
| TOTAL | 4,378.70 |

**AR STATEMENTS CANNOT BE PAID BY CREDIT CARD**

AUTHORIZED BY _____   DATE _____

PICK-UP BY _____   DATE _____

CONTACT CUST _____   DATE/TIME _____

24-31391-maw    Doc 173    FILED 08/08/25    ENTERED 08/08/25 13:16:01    Page 11 of 18



## Debit Card / POS Activity (-)

| Date | Description | Amount |
|------|-------------|--------|
| 02/26 | PURCHASE KWIK TRIP 1212 KWIK TRIP 1212 WORTHINGTON MN XXXXXXXXXXXX9184 | 9.67 |
| 02/27 | PURCHASE DL-BILLING.COM DL-BILLING.COM 4152269270 CA XXXXXXXXXXXX9184 | 5.00 |
| 02/27 | PURCHASE PRAIRIE JUNCTI PRAIRIE JUNCTI COLMAN SD XXXXXXXXXXXX9184 | 10.18 |
| 02/27 | PURCHASE TA EXPRESS VER TA EXPRESS VER BURBANK SD XXXXXXXXXXXX9184 | 16.42 |
| 02/27 | PURCHASE MARKER 126 MARKER 126 DUNCOMBE IA XXXXXXXXXXXX9184 | 17.00 |
| 02/28 | PURCHASE MARATHON PETRO272195 MARATHON PETRO272195 WATERTOWN SD XXXXXXXXXXXX9184 | 14.59 |
| 02/28 | PURCHASE MARLINS FAMILY RESTAUR MARLINS FAMILY RESTAUR ABERDEEN SD XXXXXXXXXXXX9184 | 25.72 |
| 02/28 | PURCHASE HOLIDAY STATIONS 0500 HOLIDAY STATIONS 0500 ABERDEEN SD XXXXXXXXXXXX9184 | 13.14 |
| 02/28 | PURCHASE MARKER 126 MARKER 126 DUNCOMBE IA XXXXXXXXXXXX9184 | 18.89 |
| 02/28 | PURCHASE USAA INSURANCE PAYMENT USAA INSURANCE PAYMENT SAN ANTONIO TX XXXXXXXXXXXX9184 | 98.08 |
| 02/28 | PURCHASE MARKER 126 MARKER 126 DUNCOMBE IA XXXXXXXXXXXX9184 | 36.65 |
| 02/28 | PURCHASE KWIK STAR 283 KWIK STAR 283 CEDAR RAPIDS IA XXXXXXXXXXXX9184 | 13.99 |
| 02/28 | PURCHASE SAPP BROS TRAV SAPP BROS TRAV PERU IL XXXXXXXXXXXX9184 | 13.72 |
| 03/03 | PURCHASE CAT SCALE COMPANY CAT SCALE COMPANY 5632846263 IA XXXXXXXXXXXX9184 | 14.00 |
| 03/03 | PURCHASE Love's #0633 Insid Love's #0633 Insid PLYMOUTH IN XXXXXXXXXXXX9184 | 17.00 |
| 03/03 | PURCHASE Love's #0633 Insid Love's #0633 Insid PLYMOUTH IN XXXXXXXXXXXX9184 | 28.86 |
| 03/03 | PURCHASE SPECTRUM SPECTRUM 855-707-7328 MO XXXXXXXXXXXX9184 | 204.95 |
| 03/03 | PURCHASE WM SUPERC Wal- WM SUPERC Wal- FINDLAY OH XXXXXXXXXXXX9184 | 77.88 |
| 03/03 | PURCHASE BEER BARREL #4-FINDLAY BEER BARREL #4-FINDLAY FINDLAY OH XXXXXXXXXXXX9184 | 47.48 |
| 03/03 | PURCHASE DD *DOORDASH STEAKNSHA DD *DOORDASH STEAKNSHA SAN FRANCISCO CA XXXXXXXXXXXX9184 | 25.46 |
| 03/03 | PURCHASE SPEEDWAY 720 SPEEDWAY 720 LONDON OH XXXXXXXXXXXX9184 | 10.02 |
| 03/04 | PURCHASE DD *DOORDASH FRICKERS DD *DOORDASH FRICKERS SAN FRANCISCO CA XXXXXXXXXXXX9184 | 21.66 |
| 03/04 | PURCHASE CTLP*MODERN LEASING MI CTLP*MODERN LEASING MI CLIVE IA XXXXXXXXXXXX9184 | 2.10 |
| 03/04 | PURCHASE CTLP*MODERN LEASING MI CTLP*MODERN LEASING MI CLIVE IA XXXXXXXXXXXX9184 | 2.10 |
| 03/04 | PURCHASE TA #220 PORTER TA #220 PORTER PORTER IN XXXXXXXXXXXX9184 | 10.88 |
| 03/04 | PURCHASE TA #220 PORTER TA #220 PORTER CHESTERTON IN XXXXXXXXXXXX9184 | 17.00 |
| 03/04 | PURCHASE TA #220 PORTER TA #220 PORTER PORTER IN XXXXXXXXXXXX9184 | 7.25 |
| 03/04 | PURCHASE TA #220 PORTER TA #220 PORTER CHESTERTON IN XXXXXXXXXXXX9184 | 10.35 |
| 03/04 | PURCHASE M&K Truck Center o M&K Truck Center o Gary IN XXXXXXXXXXXX9184 | 500.18 |
| 03/05 | PURCHASE FLAG CITY FLAG CITY FINDLAY OH XXXXXXXXXXXX9184 | 4,378.70 |
| 03/05 | PURCHASE CTLP*FOUR SEASONS VEND CTLP*FOUR SEASONS VEND MORRIS IL XXXXXXXXXXXX9184 | 5.20 |
| 03/05 | PURCHASE ROAD RANGER #1 ROAD RANGER #1 COTTAGE GROVE WI XXXXXXXXXXXX9184 | 16.18 |
| 03/05 | PURCHASE GULF OIL 92067 GULF OIL 92067 OSSEO WI XXXXXXXXXXXX9184 | 14.47 |
| 03/05 | PURCHASE 431-TA EXPRESS 431-TA EXPRESS OSSEO WI XXXXXXXXXXXX9184 | 19.69 |



Summary    Contacts    Account Info    Verification    Treasury Mgmt/Business Bundle

Active Account: Huntington Perks Checking - 02260642934

**Enter Search Criteria:**

From : 03/01/2025          Amount : < Select >  ⌄          Item Type   <Select>  ⌄

To : 03/31/2025          Check No : < Select >  ⌄

Search      Reset      Cancel

| Date | Number | Type | Payee | | Debit | Credit | Running Balance |
|------|--------|------|-------|---|-------|--------|-----------------|
| 03/03/2025 | 0 | Debit Card | CAT SCALE COMPANY ***********9184 | | 14.00 | | 14,869.16 |
| 03/03/2025 | 1 | ATM/POS | PURCHASE | Love's #0633 Insid ***********9184 | 17.00 | | 14,852.16 |
| 03/03/2025 | 1 | ATM/POS | PURCHASE | Love's #0633 Insid ***********9184 | 28.86 | | 14,823.30 |
| 03/03/2025 | 0 | Debit Card | SPECTRUM ***********9184 | | 204.95 | | 14,618.35 |
| 03/03/2025 | 180023 | ATM/POS | PURCHASE | WM SUPERC Wal- ***********9184 | 77.88 | | 14,540.47 |
| 03/03/2025 | 0 | Debit Card | BEER BARREL #4-FINDLAY ***********9184 | | 47.48 | | 14,492.99 |
| 03/03/2025 | 0 | Debit Card | DD *DOORDASH STEAKNSHA ***********9184 | | 25.46 | | 14,467.53 |
| 03/03/2025 | 700004 | ATM/POS | PURCHASE | SPEEDWAY 720 ***********9184 | 10.02 | | 14,457.51 |
| 03/03/2025 | 133 | Check | SUBSTITUTE CHECK | | 800.00 | | 13,657.51 |
| 03/04/2025 | 0 | Debit Card | DD *DOORDASH FRICKERS ***********9184 | | 21.66 | | 13,635.85 |
| 03/04/2025 | 0 | Debit Card | CTLP*MODERN LEASING MI ***********9184 | | 2.10 | | 13,633.75 |
| 03/04/2025 | 0 | Debit Card | CTLP*MODERN LEASING MI ***********9184 | | 2.10 | | 13,631.65 |
| 03/04/2025 | 505103 | ATM/POS | PURCHASE | TA #220 PORTER ***********9184 | 10.88 | | 13,620.77 |
| 03/04/2025 | 631741 | ATM/POS | PURCHASE | TA #220 PORTER ***********9184 | 17.00 | | 13,603.77 |
| 03/04/2025 | 505103 | ATM/POS | PURCHASE | TA #220 PORTER ***********9184 | 7.25 | | 13,596.52 |
| 03/04/2025 | 631741 | ATM/POS | PURCHASE | TA #220 PORTER ***********9184 | 10.35 | | 13,586.17 |
| 03/04/2025 | 624538 | ATM/POS | PURCHASE | M&K Truck Center o ***********9184 | 500.18 | | 13,085.99 |
| 03/04/2025 | 0 | Electronic Debit | NGIC 888-7810585 PAYMENT | | 20.00 | | 13,065.99 |
| 03/04/2025 | 0 | Electronic Debit | GOLDENRULE   INS PREM | | 20.41 | | 13,045.58 |
| 03/04/2025 | 0 | Electronic Debit | UNITEDHEALTHONE INS. PREM. | | 323.38 | | 12,722.20 |
| 03/05/2025 | 0 | Debit Card | FLAG CITY ***********9184 | | 4,378.70 | | 8,343.50 |
| 03/05/2025 | 0 | Debit Card | CTLP*FOUR SEASONS VEND ***********9184 | | 5.20 | | 8,338.30 |
| 03/05/2025 | 455502 | ATM/POS | PURCHASE | ROAD RANGER #1 ***********9184 | 16.18 | | 8,322.12 |
| 03/05/2025 | 595401 | ATM/POS | PURCHASE | GULF OIL 92067 ***********9184 | 14.47 | | 8,307.65 |
| 03/05/2025 | 469942 | ATM/POS | PURCHASE | 431-TA EXPRESS ***********9184 | 19.69 | | 8,287.96 |
| 03/06/2025 | 776201 | ATM/POS | PURCHASE | BP#8093692BP O ***********9184 | 11.53 | | 8,276.43 |
| 03/06/2025 | 776201 | ATM/POS | PURCHASE | BP#8093692BP O ***********9184 | 8.91 | | 8,257.52 |
| 03/06/2025 | 461001 | ATM/POS | PURCHASE | Speedway 2519 ***********9184 | 8.00 | | 8,259.52 |
| 03/06/2025 | 461001 | ATM/POS | PURCHASE | Speedway 2519 ***********9184 | 13.74 | | 8,245.78 |
| 03/07/2025 | 0 | Credit | HUNTINGTON BP  MERCH PMT 2503076100709 | | | 1,326.10 | 9,571.88 |
| 03/07/2025 | 0 | Debit Card | OSSEO FAMILY RESTAURAN ***********9184 | | 20.11 | | 9,551.77 |
| 03/07/2025 | 461001 | ATM/POS | PURCHASE | Speedway 2519 ***********9184 | 16.21 | | 9,535.56 |
| 03/07/2025 | 1 | ATM/POS | PURCHASE | Love's #0859 Insid ***********9184 | 9.02 | | 9,526.54 |
| 03/10/2025 | 0 | Debit Card | DD *DOORDASH TACOBELL ***********9184 | | 27.07 | | 9,499.47 |
| 03/10/2025 | 0 | Debit Card | CAT SCALE COMPANY ***********9184 | | 14.00 | | 9,485.47 |
| 03/10/2025 | 0 | Debit Card | HARDEE'S #859 ***********9184 | | 13.69 | | 9,471.78 |
| 03/10/2025 | 30548 | ATM/POS | PURCHASE | CASEYS STORE 39 1 ***********9184 | 20.08 | | 9,451.70 |
| 03/10/2025 | 0 | Debit Card | DD *DOORDASH SCRAMBLER ***********9184 | | 14.14 | | 9,437.56 |
| 03/10/2025 | 10058 | ATM/POS | PURCHASE | MARATHON PETRO ***********9184 | 16.34 | | 9,421.22 |
| 03/10/2025 | 127701 | ATM/POS | PURCHASE | S&G #77 ***********9184 | 27.23 | | 9,393.99 |
| 03/10/2025 | 329832 | ATM/POS | PURCHASE | MEIJER STORE #05 M ***********9184 | 39.76 | | 9,354.23 |
| 03/11/2025 | 127701 | ATM/POS | PURCHASE | S&G #77 ***********9184 | 11.98 | | 9,342.25 |
| 03/11/2025 | 595012 | ATM/POS | PURCHASE | SKY PETROLEUM IN ***********9184 | 20.30 | | 9,321.95 |
| 03/12/2025 | 0 | Debit Card | CAT SCALE COMPANY ***********9184 | | 14.00 | | 9,307.95 |
| 03/12/2025 | 1 | ATM/POS | PURCHASE | Love's #0766 Insid ***********9184 | 19.77 | | 9,288.18 |
| 03/12/2025 | 427903 | ATM/POS | PURCHASE | MARKER 126 ***********9184 | 14.78 | | 9,273.40 |
| 03/12/2025 | 61928 | ATM/POS | PURCHASE | CASEYS #3944 2100 ***********9184 | 9.93 | | 9,263.47 |
| 03/12/2025 | 593 | ATM/POS | PURCHASE | CASEYS #3944 2100 ***********9184 | 12.74 | | 9,250.73 |
| 03/13/2025 | 776201 | ATM/POS | PURCHASE | BP#8093692BP O ***********9184 | 19.63 | | 9,231.10 |
| 03/14/2025 | 0 | Credit | HUNTINGTON BP  MERCH PMT 2503146545961 | | | 1,386.77 | 10,617.87 |
| 03/17/2025 | 0 | Debit Card | TACO EXPRESS ***********9184 | | 13.75 | | 10,604.12 |
| 03/17/2025 | 0 | Debit Card | THE GRAINERY ***********9184 | | 20.03 | | 10,584.09 |
| 03/17/2025 | 0 | Debit Card | MARATHON PETRO272195 ***********9184 | | 13.53 | | 10,570.56 |
| 03/17/2025 | 0 | Debit Card | MARATHON PETRO272195 ***********9184 | | 6.11 | | 10,564.45 |
| 03/17/2025 | 0 | Debit Card | MARATHON PETRO272195 ***********9184 | | 12.83 | | 10,551.62 |
| 03/17/2025 | 0 | Debit Card | CPI*A.H. HERMEL CANDY ***********9184 | | 4.20 | | 10,547.42 |
| 03/17/2025 | 454697 | ATM/POS | PURCHASE | CASEYS #3896 696 G ***********9184 | 8.00 | | 10,539.42 |
| 03/17/2025 | 128128 | ATM/POS | PURCHASE | CASEYS #3896 696 G ***********9184 | 16.01 | | 10,523.41 |
| 03/17/2025 | 453624 | ATM/POS | PURCHASE | CASEYS #3896 696 G ***********9184 | 6.67 | | 10,516.74 |
| 03/17/2025 | 46014 | ATM/POS | PURCHASE | CASEYS STORE 39 1 ***********9184 | 16.56 | | 10,500.18 |
| 03/17/2025 | 10058 | ATM/POS | PURCHASE | MARATHON PETRO ***********9184 | 10.68 | | 10,489.50 |
| 03/17/2025 | 560781 | ATM/POS | PURCHASE | MEIJER STORE #05 M ***********9184 | 34.52 | | 10,454.98 |
| 03/17/2025 | 626766 | ATM/POS | PURCHASE | WALGREENS STORE 15 ***********9184 | 27.73 | | 10,427.25 |
| 03/17/2025 | 0 | Interest | INTEREST PAYMENT | | | 0.17 | 10,427.42 |
| 03/18/2025 | 0 | Debit Card | PIZZA HUT 040291 ***********9184 | | 31.23 | | 10,396.19 |
| 03/18/2025 | 0 | Debit Card | ROYAL BUFFET ***********9184 | | 21.25 | | 10,374.94 |
| 03/18/2025 | 127701 | ATM/POS | PURCHASE | S&G #77 ***********9184 | 24.51 | | 10,350.43 |
| 03/18/2025 | 807901 | ATM/POS | PURCHASE | BP#8499543PARM ***********9184 | 7.89 | | 10,342.54 |
| 03/19/2025 | 0 | Debit Card | CTLP*FOUR SEASONS VEND ***********9184 | | 5.20 | | 10,337.34 |
| 03/19/2025 | 3328 | ATM/POS | PURCHASE | THORNTONS #0331 #0 ***********9184 | 11.93 | | 10,325.41 |
| 03/19/2025 | 412278 | ATM/POS | PURCHASE | THORNTONS #0331 #0 ***********9184 | 10.21 | | 10,315.20 |
| 03/19/2025 | 455502 | ATM/POS | PURCHASE | ROAD RANGER #1 ***********9184 | 5.25 | | 10,309.95 |
| 03/19/2025 | 544401 | ATM/POS | PURCHASE | CENEX SYNERGY ***********9184 | 6.20 | | 10,303.75 |
| 03/20/2025 | 0 | Debit Card | SCS PAYMENT ***********9184 | | 384.39 | | 9,919.36 |
| 03/20/2025 | 0 | Debit Card | CAT SCALE COMPANY ***********9184 | | 14.00 | | 9,905.36 |
| 03/20/2025 | 527001 | ATM/POS | PURCHASE | KWIK-TRIP ***********9184 | 8.00 | | 9,897.36 |
| 03/20/2025 | 934101 | ATM/POS | PURCHASE | DENNY'S #9341 ***********9184 | 17.71 | | 9,879.65 |
| 03/20/2025 | 527001 | ATM/POS | PURCHASE | KWIK-TRIP ***********9184 | 12.20 | | 9,867.45 |
| 03/20/2025 | 505103 | ATM/POS | PURCHASE | TA #220 PORTER ***********9184 | 11.32 | | 9,856.13 |
| 03/20/2025 | 613941 | ATM/POS | PURCHASE | TA # 89 ANN AR ***********9184 | 9.17 | | 9,846.96 |
| 03/21/2025 | 0 | Credit | HUNTINGTON BP  MERCH PMT 2503216984185 | | | 1,364.12 | 11,211.08 |

Exhibit D

<div align="center">

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

</div>

| | | |
|---|---|---|
| In Re: | * | Case No. 24-31391 |
| LTC Transportation, LLC | * | Judge Mary Ann Whipple |
| Debtor | * | Chapter 11 Proceeding |

<div align="center">

**ORDER ON DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN**

</div>

This matter came before the Court on the "Motion" of the Debtor, LTC Transportation, LLC, ("Debtor"), to Modify the Debtor's Confirmed Plan pursuant to 11 U.S.C § 1193(b) and Bankruptcy Rule 3019. The Court being duly advised in the premises and finding that Notice of the Motion was adequate and appropriate under the circumstances, and after notice and opportunity for hearing, and with no Objection to the Motion having been filed, or with any Objection being Overruled, the Court finds that good cause exists for Modifying the Debtor's Confirmed Plan and granting the relief in the Motion. Based thereon, the Court hereby finds:

A. On July 29, 2024, the Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code.

B. On March 25, 2025, the Court entered an Order, confirming the Debtor's Chapter 11 Plan of reorganization. ("Plan"). (Doc. No. 125). The Debtor's Plan was confirmed as a consensual Small Business Subchapter V Plan pursuant to 11 U.S.C. § 1191(a).

C. At the time of the filing of the Motion, the Plan of the Debtor had not yet been substantially consummated.

Accordingly, it is now

**ORDERED** that the Debtor's Motion to Modify its Plan is hereby Granted subject to the terms set forth herein.

**IT IS FURTHER ORDERED** that the Debtor's Plan is hereby Modified under 11 U.S.C § 1193(b) so as to provide for the following modified terms:

(1) The Debtor's Plan, as modified, shall be a liquidating Plan.

(2) Under the Plan, as modified, the Debtor shall liquidate its remaining non-encumbered assets which consists of the following:

    a.  2017 Freightliner Coronado   VIN ending HK1724

    b.  2019 Mack Anthem         VIN ending 001475

    c.  2019 Mack Anthem         VIN ending 002410

(Collectively the "Vehicles").

(3) Under the Plan, as modified, the Debtor, without the need to seek leave from the Court, shall sell and liquidate the 2017 Freightliner Coronado, VIN ending HK1724, as follows:

    a.  The Vehicle shall be marketed and sold by Flag City Truck and Equipment of Findlay, Ohio.

    b.  The asking price for the Vehicle shall be $65,000.00.

    c.  Unless Court approval is obtained, the Debtor shall be authorized to sell the Vehicle for a price of no less than $55,000.00.

    d.  The Debtor shall be authorized to pay Flag City Truck and Equipment the sum of $2,000.00 from the sale price of the Vehicle for Flag City Truck and Equipment selling and marketing the Vehicle.

    e.  The net proceeds received from the sale of the Vehicle shall be paid to the

Debtor.

f. The Sale of the Vehicle shall be free and clear pursuant to 11 U.S.C. § 363(f) and the successful purchaser of the Vehicle shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

(4) Under the Plan, as modified, the Debtor, without the need to seek leave from the Court, shall sell and liquidate the 2019 Mack Anthem, VIN ending 00241, as follows:

a. The Vehicle shall be sold to Cook Carriers.

b. The Vehicle shall be sold to Cook Carriers for the sum of $20,000.00.

c. The proceeds received from the sale of the Vehicle shall be paid to the Debtor.

d. The Sale of the Vehicle to Cook Carriers shall be free and clear pursuant to 11 U.S.C. § 363(f) and Cook Carriers shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

(5) Under the Plan, as modified, the Debtor, without the need to seek leave from the Court, shall sell and liquidate the 2019 Mack Anthem, VIN ending 001475, as follows:

a. The Vehicle shall be sold to Phillip Chiles.

b. The Vehicle shall be sold to Phillip Chiles for the sum of $22,000.00.

c. The proceeds received from the sale of the Vehicle shall be paid to the Debtor.

d. The Sale of the Vehicle to Phillip Chiles shall be free and clear pursuant to 11 U.S.C. § 363(f) and Phillip Chiles shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

(6) That the Debtor shall file with the Court a report of sale for each of the Vehicles.

(7) That under the Plan, as modified, the Debtor, after the sale of all of the Vehicles, shall disburse the proceeds received from the sale of the Vehicles, as well as all remaining

funds held by the Debtor, to the following administrative claims and in the following amounts:

| Claimant | Amount |
| --- | --- |
| Phillip Chiles | $10,778.00 |
| Richard Waite | $5,840.00 |
| Linda Stine | $16,575.00(subject to a final fee application as approved by the Court) |
| Patricia Fugee | $5,657.50 |
| Alvada Truck Repair | $36,000.00 |
| Eric Neuman | $14,090.35 (subject to a further and final fee application as approved by the Court) |

(8) Under the Plan, as modified, any funds remaining, after the payment of the above administrative claims, shall be paid, pro-rata, to those creditors holding allowed unsecured claims.

(9) Under the Plan, as modified, the Debtor shall be the disbursing agent for all distributions made as provided under the modified plan.

(10) Under the Plan, as modified, after the disbursement of all the funds received from the sale of the Vehicles, the Debtor shall file a final report of distribution with the Court and shall thereafter seek the entry of a final decree.

**IT IS SO ORDERED**

# # #