In re:

LTC Transportation, LLC

    Debtor

Case No. 24-31391-maw

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0647-3 | User: dzeme | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: pdf820 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LTC Transportation, LLC, 120 Meadowbrook Lane, Saint Marys, OH 45885-9609 |
| acc | + | Linda Stine, 85 Oakley Meadow Lane, Tiffin, OH 44883-3400 |
| cr | + | The First National Bank of Pandora, PO Box 329, Pandora, OH 45877-0329 |
| 27899701 | + | Bob Sumerel Tire Service, 1200 E. Kibby Street, Lima, OH 45804-3163 |
| 27899703 | #+ | Channel Partners, 600 TownPark Lane, Suite 555, Kennesaw, GA 30144-3769 |
| 27963574 | + | Daimler Truck Financial Services USA LLC, c/o Stephen B. Grow, 700 Terrace Point Road, Suite 350, Muskegon, MI 49440-1262 |
| 27899705 | + | First National Bank of Pandora, 102 E Main St, Pandora, OH 45877-8706 |
| 27899706 | + | Flag City Mack, 151 Stanford Pkwy, Findlay, OH 45840-1795 |
| 27938431 | + | James A Hammer, 112 East Oak Street, OH, Bowling Green 43402-2405 |
| 28204796 | + | James A Hammer, 112 East Oak Street, OH, Bowling Green, OH 43402-2405 |
| 27938419 | + | James A. Hammer, 112 East Oak Street, Bowling Green, OH 43402-2405 |
| 27899710 | + | Newity, 123 W Washington Blvd,, Chicago, IL 60602 |
| 27959196 | | Northpoint Commercial Finance LLC c/o LBC Capital, Lorie Belizile-Gilbert, 5035 South Service Road, Burlington ON L7L 6M9 |
| 27899715 | + | RRR Tire Service, 1880 Celina Rd., Saint Marys, OH 45885-1218 |
| 27963573 | + | Stephen B. Grow, 700 Terrace Point Road, Suite 350, Muskegon, MI 49440-1262 |
| 28197989 | + | Stephen B. Grow, Warner Norcross + Judd LLP, 700 Terrace Point Road, Suite 350, Muskegon, MI 49440-1159 |
| 27938420 | + | The First National Bank of Pandora, c/o Stearns & Hammer, 112 East Oak Street, Bowling Green, OH 43402-2405 |
| 27899716 | + | Tod Chiles, 120 Meadowbrook Lane, Saint Marys, OH 45885-9609 |
| 27899717 | + | Todd Chiles, 120 Meadowbrook Ln, Saint Marys, OH 45885-9609 |
| 27899719 | ++ | US SMALL BUSINESS ADMINISTRATION, 65 EAST STATE STREET SUITE 1350, COLUMBUS OH 43215-4237 address filed with court:, US Small Business Administration, District Counsel, 1350 Euclid Avenue, Suite 211, Cleveland, OH 44121 |
| 27899718 | | United States Attorney, Suite 308, Four Seagate, Third Fl, Toledo, OH 43604 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | Sep 12 2025 21:04:00 | Ohio Attorney General, Collections Enforcement, 640 Jackson St., Suite 1340, Toledo, OH 43604 |
| cr | + | Email/Text: vfs.bnc.us@volvo.com | Sep 12 2025 21:06:00 | VFS US LLC, 8003 Piedmont Triad Parkway, Greensboro, NC 27409-9407 |
| 27919322 | | Email/Text: Jeff.Lothert@channelpartnersllc.com | Sep 12 2025 21:04:00 | Channel Partners Capital, LLC, 10900 Wayzata Blvd, Ste 300, Minnetonka, MN 55305 |
| 27899702 | + | Email/Text: Jeff.Lothert@channelpartnersllc.com | Sep 12 2025 21:04:00 | Channel Parnters, 10900 Wayzata Blvd, Hopkins, MN 55305-5602 |
| 27899704 | + | Email/Text: DT74banko@daimlertruck.com | Sep 12 2025 21:04:00 | Daimler Truck Financial Services, 14372 Heritage Parkway, Suite 400, Fort Worth, TX 76177-3300 |
| 27899708 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2025 21:05:00 | Internal Revenue Service, Insolvency Group 6, 1240 East Ninth Street, Room 493, Cleveland, OH 44199-9941 |

| | | | | |
|---|---|---|---|---|
| 27899709 | + Email/Text: vfs.bnc.us@volvo.com | Sep 12 2025 21:06:00 | Mack Financial Services, PO Box 26131, Greensboro, NC 27402-6131 |
| 27993634 | + Email/Text: legal@newitymarket.com | Sep 12 2025 21:06:00 | Northeast Bank, c/o NEWITY LLC, 1123 W Washington Blvd Fl 3, Chicago, IL 60607-2078 |
| 27899712 | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | Sep 12 2025 21:05:00 | Ohio Bureau of Workers' Compensatio, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |
| 28107173 | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | Sep 12 2025 21:05:00 | Ohio Bureau of Workers' Compensation, PO Box 15567, Columbus, OH 43215-0567 |
| 27899711 | + Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | Sep 12 2025 21:04:00 | Ohio Attorney General, 30 East Broad St., 16th Floor, Columbus, OH 43215-3414 |
| 27899713 | + Email/Text: uibankruptcy@jfs.ohio.gov | Sep 12 2025 21:06:00 | Ohio Department of Job & Family, P.O. Box 182830, Columbus, OH 43218-2830 |
| 27899714 | Email/Text: Bankruptcy.notices@tax.state.oh.us | Sep 12 2025 21:07:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, P.O. Box 530, Columbus, OH 43216-0530 |
| 27951439 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 12 2025 21:06:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 27912821 | + Email/Text: philip.morrison@sba.gov | Sep 12 2025 21:06:00 | U.S. Small Business Administration, 65 East State Street, Suite 1350, Columbus, OH 43215-4237 |
| 27899720 | + Email/Text: vfs.bnc.us@volvo.com | Sep 12 2025 21:06:00 | VFS US LLC, P.O. Box 26131, Greensboro, NC 27402-6131 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Daimler Truck Financial Services USA LLC |
| 27899707 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27938436 | *+ | James A Hammer, 112 East Oak Street, Bowling Green, OH 43402-2405 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0647-3

Date Rcvd: Sep 12, 2025

User: dzeme

Form ID: pdf820

Page 3 of 3

Total Noticed: 37

Christopher William Stone

on behalf of Attorney Ohio Attorney General christopher.stone@ohioago.gov

Eric R. Neuman

on behalf of Debtor LTC Transportation  LLC Eric@drlawllc.com,
kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com

Eric R. Neuman

on behalf of Accountant Linda Stine Eric@drlawllc.com
kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com

James A. Hammer

on behalf of Creditor The First National Bank of Pandora office@stearnsandhammer.com

Kerri N. Bruckner

on behalf of Creditor VFS US LLC kbruckner@brickergraydon.com

Lauren Schoenewald ust47

on behalf of U.S. Trustee United States Trustee lauren.schoenewald@usdoj.gov

Patricia B. Fugee

patricia.fugee@fisherbroyles.com  cpbf11@trustesolutions.net

Stephen B. Grow

on behalf of Creditor Daimler Truck Financial Services USA LLC sgrow@wnj.com


TOTAL: 8

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



**Dated: September 12 2025**

_____
Mary Ann Whipple
United States Bankruptcy Judge

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | * | Case No. 24-31391 |
| LTC Transportation, LLC | * | Judge Mary Ann Whipple |
| Debtor | * | Chapter 11 Proceeding |

_____

### ORDER ON DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN
_____

This matter came before the Court on the "Motion" of the Debtor, LTC Transportation, LLC, ("Debtor"), to Modify the Debtor's Confirmed Plan pursuant to 11 U.S.C § 1193(b) and Bankruptcy Rule 3019. The Court being duly advised in the premises and finding that Notice of the Motion was adequate and appropriate under the circumstances, and after notice and opportunity for hearing, and with no Objection to the Motion having been filed, or with any Objection being Overruled, the Court finds that good cause exists for Modifying the Debtor's Confirmed Plan and granting the relief in the Motion. Based thereon, the Court hereby finds:

A. On July 29, 2024, the Debtor filed a petition for relief under Chapter 11 of the

United States Bankruptcy Code.

B. On March 25, 2025, the Court entered an Order, confirming the Debtor's Chapter 11 Plan of reorganization. ("Plan"). (Doc. No. 125). The Debtor's Plan was confirmed as a consensual Small Business Subchapter V Plan pursuant to 11 U.S.C. § 1191(a).

C. At the time of the filing of the Motion, the Plan of the Debtor had not yet been substantially consummated.

Accordingly, it is now

**ORDERED** that the Debtor's Motion to Modify its Plan is hereby Granted subject to the terms set forth herein.

**IT IS FURTHER ORDERED** that the Debtor's Plan is hereby Modified under 11 U.S.C § 1193(b) so as to provide for the following modified terms:

(1) The Debtor's Plan, as modified, shall be a liquidating Plan.

(2) Under the Plan, as modified, the Debtor shall liquidate its remaining non-encumbered assets which consists of the following:

 a. 2017 Freightliner Coronado VIN ending HK1724

 b. 2019 Mack Anthem VIN ending 001475

 c. 2019 Mack Anthem VIN ending 002410

(Collectively the "Vehicles").

(3) Under the Plan, as modified, the Debtor, without the need to seek leave from the Court, shall sell and liquidate the 2017 Freightliner Coronado, VIN ending HK1724, as follows:

 a. The Vehicle shall be marketed and sold by Flag City Truck and Equipment of Findlay, Ohio.

b. The asking price for the Vehicle shall be $65,000.00.

c. Unless Court approval is obtained, the Debtor shall be authorized to sell the Vehicle for a price of no less than $55,000.00.

d. The Debtor shall be authorized to pay Flag City Truck and Equipment the sum of $2,000.00 from the sale price of the Vehicle for Flag City Truck and Equipment selling and marketing the Vehicle.

e. The net proceeds received from the sale of the Vehicle shall be paid to the Debtor.

f. The Sale of the Vehicle shall be free and clear pursuant to 11 U.S.C. § 363(f) and the successful purchaser of the Vehicle shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

(4) Under the Plan, as modified, the Debtor, without the need to seek leave from the Court, shall sell and liquidate the 2019 Mack Anthem, VIN ending 00241, as follows:

a. The Vehicle shall be sold to Cook Carriers.

b. The Vehicle shall be sold to Cook Carriers for the sum of $20,000.00.

c. The proceeds received from the sale of the Vehicle shall be paid to the Debtor.

d. The Sale of the Vehicle to Cook Carriers shall be free and clear pursuant to 11 U.S.C. § 363(f) and Cook Carriers shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

(5) Under the Plan, as modified, the Debtor, without the need to seek leave from the Court, shall sell and liquidate the 2019 Mack Anthem, VIN ending 001475, as follows:

a. The Vehicle shall be sold to Phillip Chiles.

b. The Vehicle shall be sold to Phillip Chiles for the sum of $22,000.00.

c. The proceeds received from the sale of the Vehicle shall be paid to the Debtor.

d. The Sale of the Vehicle to Phillip Chiles shall be free and clear pursuant to 11 U.S.C. § 363(f) and Phillip Chiles shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

(6) That the Debtor shall file with the Court a report of sale for each of the Vehicles.

(7) That under the Plan, as modified, the Debtor, after the sale of all of the Vehicles, shall disburse the proceeds received from the sale of the Vehicles, as well as all remaining funds held by the Debtor, to the following administrative claims and in the following amounts, subject to reduction for any amounts already paid:

| Claimant | Amount |
| --- | --- |
| Phillip Chiles | $10,778.00 |
| Richard Waite | $5,840.00 |
| Linda Stine | $16,575.00(subject to a final fee application as approved by the Court) |
| Patricia Fugee | $5,657.50 |
| Alvada Truck Repair | $36,000.00 |
| Eric Neuman | $14,090.35 (subject to a further and final fee application as approved by the Court) |

(8) Under the Plan, as modified, any funds remaining, after the payment of the above administrative claims, shall be paid, pro-rata, to those creditors holding allowed unsecured claims.

(9) Under the Plan, as modified, the Debtor shall be the disbursing agent for all distributions made as provided under the modified plan.

(10) Under the Plan, as modified, after the disbursement of all the funds received from the

sale of the Vehicles, the Debtor shall file a final report of distribution with the Court and shall thereafter seek the entry of a final decree.

**IT IS SO ORDERED**

# # #