# THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | * | Case No. 24-31391 |
| LTC Transportation, LLC | * | Judge Mary Ann Whipple |
| Debtor | * | Chapter 11 Proceeding |

## SECOND MOTION TO MODIFY CONFIRMED PLAN

Now comes the Debtor, LTC Transportation, LLC, ("Debtor"), by and through undersigned counsel, and hereby files this Second Motion ("Motion") to Modify the Debtor's Confirmed Plan. The Debtor brings this Motion pursuant to 11 U.S.C § 1193(b) and Bankruptcy Rule 3019. As and for this Motion, the Debtor respectfully states:

On July 29, 2024, the Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code.

On March 25, 2025, the Court entered an Order, confirming the Debtor's Chapter 11 Plan of reorganization. ("Plan"). (Doc. No. 125). The Debtor's Plan was confirmed as a consensual Small Business Subchapter V Plan pursuant to 11 U.S.C. § 1191(a).

After the Debtor's Chapter 11 Plan was confirmed, the Debtor continued its business operations. However, after a short period of time, it became apparent to the Debtor that it could no longer operate its business profitably, and thus the Debtor made the business decision to cease operations. Based upon this, the Debtor filed a motion to modify its Plan so as to provide for the liquidation of its assets. (Doc. No. 173). Pursuant to said motion, an order was entered by the Court on September 12, 2025, modifying the Debtor's Plan pursuant to 11 U.S.C. § 1193(b). (Doc. No. 182).

In the Order modifying the Plan, the Debtor was granted authority to sell and liquidate its 2017 Freightliner Coronado, VIN ending HK1724 ("Vehicle") with the Order providing in relevant part as follows:

(3) Under the Plan, as modified, the Debtor, without the need to seek leave from the Court, shall sell and liquidate the 2017 Freightliner Coronado, VIN ending HK1724, as follows:

a. The Vehicle shall be marketed and sold by Flag City Truck and Equipment of Findlay, Ohio.

b. The asking price for the Vehicle shall be $65,000.00.

c. Unless Court approval is obtained, the Debtor shall be authorized to sell the Vehicle for a price of no less than $55,000.00.

d. The Debtor shall be authorized to pay Flag City Truck and Equipment the sum of $2,000.00 from the sale price of the Vehicle for Flag City Truck and Equipment selling and marketing the Vehicle.

e. The net proceeds received from the sale of the Vehicle shall be paid to the Debtor.

f. The Sale of the Vehicle shall be free and clear pursuant to 11 U.S.C. § 363(f) and the successful purchaser of the Vehicle shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

Since the entry of the Court's Order modifying the Debtor's Plan, the Debtor has attempted to sell the Vehicle through Flag City Truck and Equipment of Findlay, Ohio.

However, despite the passage of almost three months, the Debtor has been unable to sell the Vehicle under the terms and conditions of the Court's Order Modifying the Debtor's Plan. In particular, pursuant to paragraph (3)(c), above, the Debtor has been unable to sell the Vehicle for a price of no less than $55,000.00. Based upon this, the Debtor files this Motion seeking authority to sell the Vehicle for a price of no less than $40,000.00.

## TERMS OF MODIFICATION

Under this Motion, the Debtor seeks authority to sell the Vehicle for a price of no less than $40,000.00. As support for this relief, attached hereto as Exhibit A is an email from Mike Brown of Flag City Truck and Equipment setting forth that the asking price for the Vehicle needs to be adjusted downwards because of market conditions. The Debtor states that under this Motion, it does not seek authority to modify any other terms of the Order entered by the Court on September 12, 2025, at Docket Number 182.

**WHEREFORE**, the Debtor asks that the Court Grant this Second Motion to Modify the Debtor's Plan so as to allow the Debtor to sell its 2017 Freightliner Coronado, VIN ending HK1724, for a price of no less than $40,000.00, and that the Court enter any other relief in favor of the Debtor it deems to be just and equitable.

Respectfully submitted

/s/Eric R. Neuman
Eric R. Neuman (0069794)
DILLER & RICE
Attorney for Debtor
1105-1107 Adams Street
Toledo, Ohio 43604
Phone: (419) 244-8500
Fax: (419) 238-4705
eric@drlawllc.com

<h1 style="text-align:center">NOTICE PURSUANT TO LOCAL RULE</h1>

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. If you do not have an attorney, you may wish to consult one.** Under Local Bankruptcy Rule 9013-1 and 4:08, unless a written response to the Motion is filed with the Clerk of the Court and served on the moving party and the Office of the U.S. Trustee, objecting to the relief requested within twenty-one (21) days, the Court may deem the opposition waived, treat the motions as conceded, and issue an order granting the requested relief without further notice of hearing.

<h2 style="text-align:center">CERTIFICATE OF SERVICE</h2>

I, Eric R. Neuman, do hereby certify that a copy of this Motion to Dismiss was mailed or electronically sent to the following attached list of interested parties and creditors this 9th day of December 2025.

/s/Eric R. Neuman

Eric R. Neuman

Service List:

**Notice will be electronically mailed to:**

- **Kerri N. Bruckner**    kbruckner@brickergraydon.com
- **Patricia B. Fugee**    patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net
- **Stephen B. Grow**    sgrow@wnj.com
- **James A. Hammer**    office@stearnsandhammer.com
- **Eric R. Neuman**    Eric@drlawllc.com, kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com
- **Christopher William Stone**    christopher.stone@ohioago.gov
- **United States Trustee**    (Registered address)@usdoj.gov
- **Lauren Schoenewald ust47**    lauren.schoenewald@usdoj.gov

**Notice will be mailed to:**

Bob Sumerel Tire Service
1200 E. Kibby Street
Lima, OH 45804

Channel Partners
10900 Wayzata Blvd
Hopkins, MN 55305

Daimler Truck Financial Services
14372 Heritage Parkway Suite 400
Fort Worth, TX 76177

First National Bank of Pandora
102 E Main St
Pandora, OH 45877

Flag City Mack
151 Stanford Pkwy
Findlay, OH 45840

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114

Lorie Belzile-Gilbert
Northpoint Finance
c/o LBC Capital
5035 South Service Rd.
Burlington, ON, CANADA
L7L 6M9

Newity
123 W Washington Blvd
Chicago, IL 60607

Ohio Attorney General
30 East Broad St., 16th Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215

Ohio Department of Job & Family
P.O. Box 182830
Columbus, OH 43218

Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH
43216-0530

RRR Tire Service
1880 Celina Rd.
Saint Mary's, OH 45885

United States Attorney
Suite 308, Four Seagate, Third Fl
Toledo, OH 43604

US Small Business Administration
District Counsel
1350 Euclid Avenue
Suite 211
Cleveland, OH 44121

VFS US LLC
P.O. Box 26131
Greensboro, NC 27402

## Eric R Neuman

| | |
|---|---|
| **From:** | Tod Chiles <tchiles2@bright.net> |
| **Sent:** | Tuesday, December 2, 2025 3:36 PM |
| **To:** | Eric R Neuman |
| **Subject:** | Fw: 2017 Freightliner sleeper unit |

Recommendation from Mike to reduce price on 2017 Freightliner.

Tod

---

From: Mike Brown – Flag City Truck Sales (mbrown@flagcitymack.com)

Date: 12/02/25 15:13

To: Tod Chiles (tchiles2@bright.net)

Subject: **2017 Freightliner sleeper unit**

Tod,

Based on current market conditions price needs to be adjusted to $40.000.00 to $45,000.00. As you are aware market is flooded with used sleepers because of company failures and repo units. Please advise if price can be adjusted

**Thank You,**





151 Stanford Parkway

Findlay, OH 45840

419-423-3131 X 142 Office

419-957-6153 Cell

**Heavy and Medium Duty Fleet Sales**

**New / Used / Leases / Rentals**

1