**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_Mary Ann Whipple_
United States Bankruptcy Judge

**Dated: January 15 2026**

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | * | Case No. 24-31391 |
| LTC Transportation, LLC | * | Judge Mary Ann Whipple |
| Debtor | * | Chapter 11 Proceeding |

### ORDER ON DEBTOR'S SECOND MOTION TO MODIFY CONFIRMED PLAN

This matter came before the Court on the Second Motion ("Motion") of the Debtor, LTC Transportation, LLC, ("Debtor"), to Modify the Debtor's Confirmed Plan pursuant to 11 U.S.C § 1193(b) and Bankruptcy Rule 3019. The Court being duly advised in the premises and finding that Notice of the Motion was adequate and appropriate under the circumstances, and after notice and opportunity for hearing, and with no Objection to the Motion having been filed, or with any Objection being Overruled, the Court finds that good cause exists for Modifying the Debtor's Confirmed Plan and granting the relief in the Motion. It is therefore

**ORDERED** that the Debtor's Motion's is Granted as provided herein.

**IT IS FURTHER ORDERED** that the Debtor is authorized to sell its 2017

Freightliner Coronado, VIN ending HK1724, for a price of no less than $40,000.00.

    **IT IS FURTHER ORDERED** that except as provided herein, no other terms of the Court's Prior Order Modifying the Debtor's Plan as entered by the Court on September 12, 2025, at Docket Number 182 are modified by this Order.

    **IT IS SO ORDERED**

    # # #