United States Bankruptcy Court

Northern District of Ohio

In re:                                                   Case No. 24-31391-maw

LTC Transportation, LLC                               Chapter 11

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0647-3 | User: dzeme | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2026 | Form ID: pdf820 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LTC Transportation, LLC, 120 Meadowbrook Lane, Saint Marys, OH 45885-9609 |
| acc | + | Linda Stine, 85 Oakley Meadow Lane, Tiffin, OH 44883-3400 |
| cr | + | The First National Bank of Pandora, PO Box 329, Pandora, OH 45877-0329 |
| 27899701 | + | Bob Sumerel Tire Service, 1200 E. Kibby Street, Lima, OH 45804-3163 |
| 27899703 | #+ | Channel Partners, 600 TownPark Lane, Suite 555, Kennesaw, GA 30144-3769 |
| 27963574 | + | Daimler Truck Financial Services USA LLC, c/o Stephen B. Grow, 700 Terrace Point Road, Suite 350, Muskegon, MI 49440-1262 |
| 27899705 | + | First National Bank of Pandora, 102 E Main St, Pandora, OH 45877-8706 |
| 27899706 | + | Flag City Mack, 151 Stanford Pkwy, Findlay, OH 45840-1795 |
| 27938431 | + | James A Hammer, 112 East Oak Street, OH, Bowling Green 43402-2405 |
| 28204796 | + | James A Hammer, 112 East Oak Street, OH, Bowling Green, OH 43402-2405 |
| 27938419 | + | James A. Hammer, 112 East Oak Street, Bowling Green, OH 43402-2405 |
| 27899710 | + | Newity, 123 W Washington Blvd,, Chicago, IL 60602 |
| 27959196 | | Northpoint Commercial Finance LLC c/o LBC Capital, Lorie Belizile-Gilbert, 5035 South Service Road, Burlington ON L7L 6M9 |
| 27899715 | + | RRR Tire Service, 1880 Celina Rd., Saint Marys, OH 45885-1218 |
| 27963573 | + | Stephen B. Grow, 700 Terrace Point Road, Suite 350, Muskegon, MI 49440-1262 |
| 28197989 | + | Stephen B. Grow, Warner Norcross + Judd LLP, 700 Terrace Point Road, Suite 350, Muskegon, MI 49440-1159 |
| 27938420 | + | The First National Bank of Pandora, c/o Stearns & Hammer, 112 East Oak Street, Bowling Green, OH 43402-2405 |
| 27899716 | + | Tod Chiles, 120 Meadowbrook Lane, Saint Marys, OH 45885-9609 |
| 27899717 | + | Todd Chiles, 120 Meadowbrook Ln, Saint Marys, OH 45885-9609 |
| 27899719 | ++ | US SMALL BUSINESS ADMINISTRATION, 65 EAST STATE STREET SUITE 1350, COLUMBUS OH 43215-4237 address filed with court:, US Small Business Administration, District Counsel, 1350 Euclid Avenue, Suite 211, Cleveland, OH 44121 |
| 27899718 | | United States Attorney, Suite 308, Four Seagate, Third Fl, Toledo, OH 43604 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | Jan 15 2026 20:55:00 | Ohio Attorney General, Collections Enforcement, 640 Jackson St., Suite 1340, Toledo, OH 43604 |
| cr | + | Email/Text: vfs.bnc.us@volvo.com | Jan 15 2026 20:56:00 | VFS US LLC, 8003 Piedmont Triad Parkway, Greensboro, NC 27409-9407 |
| 27919322 | | Email/Text: Jeff.Lothert@channelpartnersllc.com | Jan 15 2026 20:55:00 | Channel Partners Capital, LLC, 10900 Wayzata Blvd, Ste 300, Minnetonka, MN 55305 |
| 27899702 | + | Email/Text: Jeff.Lothert@channelpartnersllc.com | Jan 15 2026 20:55:00 | Channel Parnters, 10900 Wayzata Blvd, Hopkins, MN 55305-5602 |
| 27899704 | + | Email/Text: DT74banko@daimlertruck.com | Jan 15 2026 20:55:00 | Daimler Truck Financial Services, 14372 Heritage Parkway, Suite 400, Fort Worth, TX 76177-3300 |
| 27899708 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 15 2026 20:56:00 | Internal Revenue Service, Insolvency Group 6, 1240 East Ninth Street, Room 493, Cleveland, OH 44199-9941 |

| 27899709 | + Email/Text: vfs.bnc.us@volvo.com | Jan 15 2026 20:56:00 | Mack Financial Services, PO Box 26131, Greensboro, NC 27402-6131 |
|---|---|---|---|
| 27993634 | + Email/Text: legal@newitymarket.com | Jan 15 2026 20:56:00 | Northeast Bank, c/o NEWITY LLC, 1123 W Washington Blvd Fl 3, Chicago, IL 60607-2078 |
| 27899712 | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | Jan 15 2026 20:56:00 | Ohio Bureau of Workers' Compensatio, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |
| 28107173 | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | Jan 15 2026 20:56:00 | Ohio Bureau of Workers' Compensation, PO Box 15567, Columbus, OH 43215-0567 |
| 27899711 | + Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | Jan 15 2026 20:55:00 | Ohio Attorney General, 30 East Broad St., 16th Floor, Columbus, OH 43215-3414 |
| 27899713 | + Email/Text: uibankruptcy@jfs.ohio.gov | Jan 15 2026 20:57:00 | Ohio Department of Job & Family, P.O. Box 182830, Columbus, OH 43218-2830 |
| 27899714 | Email/Text: Bankruptcy.notices@tax.state.oh.us | Jan 15 2026 20:57:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, P.O. Box 530, Columbus, OH 43216-0530 |
| 27951439 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 15 2026 20:56:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 27912821 | + Email/Text: philip.morrison@sba.gov | Jan 15 2026 20:56:00 | U.S. Small Business Administration, 65 East State Street, Suite 1350, Columbus, OH 43215-4237 |
| 27899720 | + Email/Text: vfs.bnc.us@volvo.com | Jan 15 2026 20:56:00 | VFS US LLC, P.O. Box 26131, Greensboro, NC 27402-6131 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Daimler Truck Financial Services USA LLC |
| 27899707 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27938436 | *+ | James A Hammer, 112 East Oak Street, Bowling Green, OH 43402-2405 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

**Name**        **Email Address**

District/off: 0647-3

Date Rcvd: Jan 15, 2026

User: dzeme

Form ID: pdf820

Page 3 of 3

Total Noticed: 37

Christopher William Stone

on behalf of Attorney Ohio Attorney General christopher.stone@ohioago.gov

Eric R. Neuman

on behalf of Debtor LTC Transportation LLC Eric@drlawllc.com, kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com

Eric R. Neuman

on behalf of Accountant Linda Stine Eric@drlawllc.com kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com

James A. Hammer

on behalf of Creditor The First National Bank of Pandora office@stearnsandhammer.com

Kerri N. Bruckner

on behalf of Creditor VFS US LLC Kerri.Bruckner@mccalla.com

Lauren Schoenewald ust47

on behalf of U.S. Trustee United States Trustee lauren.schoenewald@usdoj.gov

Patricia B. Fugee

patricia.fugee@fisherbroyles.com cpbf11@trustesolutions.net

Stephen B. Grow

on behalf of Creditor Daimler Truck Financial Services USA LLC sgrow@wnj.com


TOTAL: 8

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: January 15 2026**

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | * | Case No. 24-31391 |
| LTC Transportation, LLC | * | Judge Mary Ann Whipple |
| Debtor | * | Chapter 11 Proceeding |

_____

## ORDER ON DEBTOR'S SECOND MOTION TO MODIFY CONFIRMED PLAN
_____

This matter came before the Court on the Second Motion ("Motion") of the Debtor, LTC Transportation, LLC, ("Debtor"), to Modify the Debtor's Confirmed Plan pursuant to 11 U.S.C § 1193(b) and Bankruptcy Rule 3019. The Court being duly advised in the premises and finding that Notice of the Motion was adequate and appropriate under the circumstances, and after notice and opportunity for hearing, and with no Objection to the Motion having been filed, or with any Objection being Overruled, the Court finds that good cause exists for Modifying the Debtor's Confirmed Plan and granting the relief in the Motion. It is therefore

**ORDERED** that the Debtor's Motion's is Granted as provided herein.

**IT IS FURTHER ORDERED** that the Debtor is authorized to sell its 2017

Freightliner Coronado, VIN ending HK1724, for a price of no less than $40,000.00.

    **IT IS FURTHER ORDERED** that except as provided herein, no other terms of the Court's Prior Order Modifying the Debtor's Plan as entered by the Court on September 12, 2025, at Docket Number 182 are modified by this Order.

**IT IS SO ORDERED**

# # #
