## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | * | Case No. 24-31391 |
| LTC Transportation, LLC | * | Judge Mary Ann Whipple |
| Debtor | * | Chapter 11 Proceeding |

## THIRD MOTION TO MODIFY CONFIRMED PLAN

Now comes the Debtor, LTC Transportation, LLC, ("Debtor"), by and through undersigned counsel, and hereby files this Third Motion ("Motion") to Modify the Debtor's Confirmed Plan. The Debtor brings this Motion pursuant to 11 U.S.C § 1193(b) and Bankruptcy Rule 3019. As and for this Motion, the Debtor respectfully states:

On July 29, 2024, the Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code.

On March 25, 2025, the Court entered an Order, confirming the Debtor's Chapter 11 Plan of reorganization. ("Plan"). (Doc. No. 125). The Debtor's Plan was confirmed as a consensual Small Business Subchapter V Plan pursuant to 11 U.S.C. § 1191(a).

After the Debtor's Chapter 11 Plan was confirmed, the Debtor continued its business operations. However, after a short period of time, it became apparent to the Debtor that it could no longer operate its business profitably, and thus the Debtor made the business decision to cease operations. Based upon this, the Debtor filed a motion to modify its Plan so as to provide for the liquidation of its assets. (Doc. No. 173). Pursuant to said motion, an order was entered by the Court on September 12, 2025, modifying the Debtor's Plan pursuant to 11 U.S.C. § 1193(b). (Doc. No. 182). ("First Modification") Thereafter, on December 9, 2025, the Debtor

filed a second motion to modify its Plan, seeking authority to sell and liquidate a 2017 Freightliner Coronado, VIN ending HK1724 for a price of no less than $40,000.00. (Doc. No. 186). In the First Modification of the Debtor's Plan, the Debtor had been authorized to sell said vehicle for a price of no less than $55,000.00. On January 15, 2026, the Court entered an Order approving the second modification to the Debtor's Plan. (Doc. No. 190). This Order provided that "no other terms of the Court's Prior Order Modifying the Debtor's Plan as entered by the Court on September 12, 2025, at Docket Number 182 are modified by this Order."

In the First Modification, the Court's Order provided for the sale and liquidation of a 2019 Mack Anthem, VIN ending 002410. ("Vehicle"). With respect to the Vehicle, the Court's Order provided as follows:

a. The Vehicle shall be sold to Cook Carriers.

b. The Vehicle shall be sold to Cook Carriers for the sum of $20,000.00.

c. The proceeds received from the sale of the Vehicle shall be paid to the Debtor.

d. The Sale of the Vehicle to Cook Carriers shall be free and clear pursuant to 11 U.S.C. § 363(f) and Cook Carriers shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

Since the entry of the Order on the First Modification, Cook Carriers has declined to purchase the Vehicle. Based upon this, the Debtor, by this Motion, seeks to modify the Plan to allow for the sale of the Vehicle as set forth below.

## TERMS OF MODIFICATION

Under this Motion, the Debtor seeks authority to sell the Vehicle according to the following terms:

a.  The Vehicle shall be marketed and sold by Flag City Truck and Equipment of

Findlay, Ohio.

b.      The asking price for the Vehicle shall be $22,000.00 to $25,000.00

c.      Unless Court approval is obtained, the Debtor shall be authorized to sell the Vehicle for a price of no less than $16,000.00.

d.      The Debtor shall be authorized to pay Flag City Truck and Equipment the sum of $2,000.00 from the sale price of the Vehicle for Flag City Truck and Equipment selling and marketing the Vehicle.

e.      The net proceeds received from the sale of the Vehicle shall be paid to the Debtor.

f.      The Sale of the Vehicle shall be free and clear pursuant to 11 U.S.C. § 363(f) and the successful purchaser of the Vehicle shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

("Revised Terms").

As support for this relief, attached hereto as Exhibit A, is an email from Mike Hale of Flag City Truck and Equipment setting forth what, in his professional opinion, should be the asking price for the Vehicle and the lowest offer which should be accepted. The Debtor states that under this Motion, it does not seek authority to modify any other terms of the Order entered by the Court on September 12, 2025, at Docket Number 182, nor the Order entered by the Court on January 15, 2026, approving the second modification to the Debtor's Plan as entered at Docket Number 190.

**WHEREFORE**, the Debtor asks that the Court Grant this Third Motion to Modify the Debtor's Plan so as to allow the Debtor to sell its 2019 Mack Anthem, VIN ending 002410 pursuant to the Revised Terms set forth herein, and that the Court enter any other relief in favor

of the Debtor it deems to be just and equitable.

Respectfully submitted

/s/Eric R. Neuman
Eric R. Neuman (0069794)
DILLER & RICE
Attorney for Debtor
1105-1107 Adams Street
Toledo, Ohio 43604
Phone: (419) 244-8500
Fax: (419) 238-4705
eric@drlawllc.com

## NOTICE PURSUANT TO LOCAL RULE

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. If you do not have an attorney, you may wish to consult one.** Under Local Bankruptcy Rule 9013-1 and 4:08, unless a written response to the Motion is filed with the Clerk of the Court and served on the moving party and the Office of the U.S. Trustee, objecting to the relief requested within twenty-one (21) days, the Court may deem the opposition waived, treat the motions as conceded, and issue an order granting the requested relief without further notice of hearing.

## CERTIFICATE OF SERVICE

I, Eric R. Neuman, do hereby certify that a copy of this Motion to Dismiss was mailed or electronically sent to the following attached list of interested parties and creditors this 12th day of March 2026.

/s/Eric R. Neuman
Eric R. Neuman

Service List:

**Notice will be electronically mailed to:**

- **Kerri N. Bruckner**    kbruckner@brickergraydon.com
- **Patricia B. Fugee**    patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net
- **Stephen B. Grow**    sgrow@wnj.com
- **James A. Hammer**    office@stearnsandhammer.com

- **Eric R. Neuman**     Eric@drlawllc.com, kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com
- **Christopher William Stone**     christopher.stone@ohioago.gov
- **United States Trustee**     (Registered address)@usdoj.gov
- **Lauren Schoenewald ust47**     lauren.schoenewald@usdoj.gov

## Notice will be mailed to:

Bob Sumerel Tire Service
1200 E. Kibby Street
Lima, OH 45804

Channel Partners
10900 Wayzata Blvd
Hopkins, MN 55305

Daimler Truck Financial Services
14372 Heritage Parkway Suite 400
Fort Worth, TX 76177

First National Bank of Pandora
102 E Main St
Pandora, OH 45877

Flag City Mack
151 Stanford Pkwy
Findlay, OH 45840

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114

Lorie Belzile-Gilbert
Northpoint Finance
c/o LBC Capital
5035 South Service Rd.
Burlington, ON, CANADA
L7L 6M9

Newity
123 W Washington Blvd
Chicago, IL 60607

Ohio Attorney General
30 East Broad St., 16th Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215

Ohio Department of Job & Family
P.O. Box 182830
Columbus, OH 43218

Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH
43216-0530

RRR Tire Service
1880 Celina Rd.
Saint Mary's, OH 45885

United States Attorney
Suite 308, Four Seagate, Third Fl
Toledo, OH 43604

US Small Business Administration
District Counsel
1350 Euclid Avenue
Suite 211
Cleveland, OH 44121

VFS US LLC
P.O. Box 26131
Greensboro, NC 27402

From: Mike Hale (mhale@flagcitymack.com)

Date: 02/24/26 08:33

To: Tod Chiles (tchiles2@bright.net)

Subject: **2019 Mack Anthem**

Tod

I would say $16000 to $18000 should be the lowest amount to accept on a consignment sale. I think $22000 to $25000 would be what we would try to get as long as the truck passes inspection. It will be a few weeks before we can have it on the lot because we need to move some inventory around get some units sold and out of here.

Thanks
Mike



Mike Hale
151 Stanford Parkway
Findlay, OH 45840
419-423-3131 Office
330-737-8702 Cell
Mhale@FlagCityMack.com
**Medium Duty Fleet Sales**
**New / Used / Leases / Rentals**




1