**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_____
Mary Ann Whipple
United States Bankruptcy Judge

**Dated: May 1 2026**

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | * | Case No. 24-31391 |
| LTC Transportation, LLC | * | Judge Mary Ann Whipple |
| Debtor | * | Chapter 11 Proceeding |

## ORDER ON DEBTOR'S THIRD MOTION TO MODIFY CONFIRMED PLAN

This matter came before the Court on the Third Motion ("Motion") of the Debtor, LTC Transportation, LLC, ("Debtor"), to Modify the Debtor's Confirmed Plan pursuant to 11 U.S.C § 1193(b) and Bankruptcy Rule 3019. The Court being duly advised in the premises and finding that Notice of the Motion was adequate and appropriate under the circumstances, and after notice and opportunity for hearing, and with no Objection to the Motion having been filed, or with any Objection being Overruled, the Court finds that good cause exists for Modifying the Debtor's Confirmed Plan and granting the relief in the Motion. It is therefore

**ORDERED** that the Debtor's Motion's is Granted as provided herein.

**IT IS FURTHER ORDERED** that the Debtor is authorized to sell its 2019 Mack

Anthem, VIN ending 002410 according to the following terms:

a. The Vehicle shall be marketed and sold by Flag City Truck and Equipment of Findlay, Ohio.

b. The asking price for the Vehicle shall be $22,000.00 to $25,000.00

c. Unless Court approval is obtained, the Debtor shall be authorized to sell the Vehicle for a price of no less than $16,000.00.

d. The Debtor shall be authorized to pay Flag City Truck and Equipment the sum of $2,000.00 from the sale price of the Vehicle for Flag City Truck and Equipment selling and marketing the Vehicle, plus $500 if the sale price exceeds $22,000.00.

e. The net proceeds received from the sale of the Vehicle shall be paid to the Debtor.

f. The Sale of the Vehicle shall be free and clear pursuant to 11 U.S.C. § 363(f) and the successful purchaser of the Vehicle shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

**IT IS FURTHER ORDERED** that except as provided herein, no other terms of the Court's Order entered on September 12, 2025, approving the first modification to the Debtor's Plan as entered at Docket Number 182, nor the Order entered by the Court on January 15, 2026, approving the second modification to the Debtor's Plan as entered at Docket Number 190, are modified by this Order.

**IT IS SO ORDERED**

# # #
