United States Bankruptcy Court
Northern District of Ohio

In re:

LTC Transportation, LLC

    Debtor

Case No. 24-31391-maw

Chapter 11

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | LTC Transportation, LLC, 120 Meadowbrook Lane, Saint Marys, OH 45885-9609 |
| acc | + | Linda Stine, 85 Oakley Meadow Lane, Tiffin, OH 44883-3400 |
| cr | + | The First National Bank of Pandora, PO Box 329, Pandora, OH 45877-0329 |
| 27899701 | + | Bob Sumerel Tire Service, 1200 E. Kibby Street, Lima, OH 45804-3163 |
| 27899703 | #+ | Channel Partners, 600 TownPark Lane, Suite 555, Kennesaw, GA 30144-3769 |
| 27963574 | + | Daimler Truck Financial Services USA LLC, c/o Stephen B. Grow, 700 Terrace Point Road, Suite 350, Muskegon, MI 49440-1262 |
| 27899705 | + | First National Bank of Pandora, 102 E Main St, Pandora, OH 45877-8706 |
| 27899706 | + | Flag City Mack, 151 Stanford Pkwy, Findlay, OH 45840-1795 |
| 27938431 | + | James A Hammer, 112 East Oak Street, OH, Bowling Green 43402-2405 |
| 28204796 | + | James A Hammer, 112 East Oak Street, OH, Bowling Green, OH 43402-2405 |
| 27938419 | + | James A. Hammer, 112 East Oak Street, Bowling Green, OH 43402-2405 |
| 27899710 | + | Newity, 123 W Washington Blvd,, Chicago, IL 60602 |
| 27959196 | | Northpoint Commercial Finance LLC c/o LBC Capital, Lorie Belizile-Gilbert, 5035 South Service Road, Burlington ON L7L 6M9 |
| 27899715 | + | RRR Tire Service, 1880 Celina Rd., Saint Marys, OH 45885-1218 |
| 27963573 | + | Stephen B. Grow, 700 Terrace Point Road, Suite 350, Muskegon, MI 49440-1262 |
| 28197989 | + | Stephen B. Grow, Warner Norcross + Judd LLP, 700 Terrace Point Road, Suite 350, Muskegon, MI 49440-1159 |
| 27938420 | + | The First National Bank of Pandora, c/o Stearns & Hammer, 112 East Oak Street, Bowling Green, OH 43402-2405 |
| 27899716 | + | Tod Chiles, 120 Meadowbrook Lane, Saint Marys, OH 45885-9609 |
| 27899717 | + | Todd Chiles, 120 Meadowbrook Ln, Saint Marys, OH 45885-9609 |
| 27951439 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 27899718 | | United States Attorney, Suite 308, Four Seagate, Third Fl, Toledo, OH 43604 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | May 01 2026 21:31:00 | Ohio Attorney General, Collections Enforcement, 640 Jackson St., Suite 1340, Toledo, OH 43604 |
| cr | + | Email/Text: vfs.bnc.us@volvo.com | May 01 2026 21:32:00 | VFS US LLC, 8003 Piedmont Triad Parkway, Greensboro, NC 27409-9407 |
| 27919322 | | Email/Text: Jeff.Lothert@channelpartnersllc.com | May 01 2026 21:31:00 | Channel Partners Capital, LLC, 10900 Wayzata Blvd, Ste 300, Minnetonka, MN 55305 |
| 27899702 | + | Email/Text: Jeff.Lothert@channelpartnersllc.com | May 01 2026 21:31:00 | Channel Parnters, 10900 Wayzata Blvd, Hopkins, MN 55305-5602 |
| 27899704 | + | Email/Text: DT74banko@daimlertruck.com | May 01 2026 21:31:00 | Daimler Truck Financial Services, 14372 Heritage Parkway, Suite 400, Fort Worth, TX 76177-3300 |
| 27899708 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 01 2026 21:31:00 | Internal Revenue Service, Insolvency Group 6, 1240 East Ninth Street, Room 493, Cleveland, OH 44199-9941 |
| 27899709 | + | Email/Text: vfs.bnc.us@volvo.com | | |

| | | | May 01 2026 21:32:00 | Mack Financial Services, PO Box 26131, Greensboro, NC 27402-6131 |
|---|---|---|---|---|
| 27993634 | + | Email/Text: legal@newitymarket.com | May 01 2026 21:31:00 | Northeast Bank, c/o NEWITY LLC, 1123 W Washington Blvd Fl 3, Chicago, IL 60607-2078 |
| 27899712 | | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | May 01 2026 21:31:00 | Ohio Bureau of Workers' Compensatio, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |
| 28107173 | | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | May 01 2026 21:31:00 | Ohio Bureau of Workers' Compensation, PO Box 15567, Columbus, OH 43215-0567 |
| 27899711 | + | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | May 01 2026 21:31:00 | Ohio Attorney General, 30 East Broad St., 16th Floor, Columbus, OH 43215-3414 |
| 27899713 | + | Email/Text: uibankruptcy@jfs.ohio.gov | May 01 2026 21:32:00 | Ohio Department of Job & Family, P.O. Box 182830, Columbus, OH 43218-2830 |
| 27899714 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | May 01 2026 21:32:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, P.O. Box 530, Columbus, OH 43216-0530 |
| 27951439 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 01 2026 21:32:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 27912821 | + | Email/Text: philip.morrison@sba.gov | May 01 2026 21:31:00 | U.S. Small Business Administration, 65 East State Street, Suite 1350, Columbus, OH 43215-4237 |
| 27899719 | ^ | MEBN | May 01 2026 21:30:19 | US Small Business Administration, District Counsel, 1350 Euclid Avenue, Suite 211, Cleveland, OH 44121 |
| 27899720 | + | Email/Text: vfs.bnc.us@volvo.com | May 01 2026 21:32:00 | VFS US LLC, P.O. Box 26131, Greensboro, NC 27402-6131 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Daimler Truck Financial Services USA LLC |
| 27899707 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27938436 | *+ | James A Hammer, 112 East Oak Street, Bowling Green, OH 43402-2405 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christopher William Stone | on behalf of Attorney Ohio Attorney General christopher.stone@ohioago.gov |
| Eric R. Neuman | on behalf of Debtor LTC Transportation  LLC Eric@drlawllc.com, kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com |
| Eric R. Neuman | on behalf of Accountant Linda Stine Eric@drlawllc.com kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com |
| James A. Hammer | on behalf of Creditor The First National Bank of Pandora office@stearnsandhammer.com |
| Kerri N. Bruckner | on behalf of Creditor VFS US LLC kerri.bruckner@dinsmore.com |
| Lauren Schoenewald ust47 | on behalf of U.S. Trustee United States Trustee lauren.schoenewald@usdoj.gov |
| Patricia B. Fugee | patricia.fugee@fisherbroyles.com  cpbf11@trustesolutions.net |
| Patricia B. Fugee | on behalf of Trustee Patricia B. Fugee patricia.fugee@fisherbroyles.com  cpbf11@trustesolutions.net |
| Stephen B. Grow | on behalf of Creditor Daimler Truck Financial Services USA LLC sgrow@wnj.com |

TOTAL: 9

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: May 1 2026**

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | * | Case No. 24-31391 |
| LTC Transportation, LLC | * | Judge Mary Ann Whipple |
| Debtor | * | Chapter 11 Proceeding |

### ORDER ON DEBTOR'S THIRD MOTION TO MODIFY CONFIRMED PLAN

This matter came before the Court on the Third Motion ("Motion") of the Debtor, LTC Transportation, LLC, ("Debtor"), to Modify the Debtor's Confirmed Plan pursuant to 11 U.S.C § 1193(b) and Bankruptcy Rule 3019. The Court being duly advised in the premises and finding that Notice of the Motion was adequate and appropriate under the circumstances, and after notice and opportunity for hearing, and with no Objection to the Motion having been filed, or with any Objection being Overruled, the Court finds that good cause exists for Modifying the Debtor's Confirmed Plan and granting the relief in the Motion. It is therefore

**ORDERED** that the Debtor's Motion's is Granted as provided herein.

**IT IS FURTHER ORDERED** that the Debtor is authorized to sell its 2019 Mack

Anthem, VIN ending 002410 according to the following terms:

a.     The Vehicle shall be marketed and sold by Flag City Truck and Equipment of Findlay, Ohio.

b.     The asking price for the Vehicle shall be $22,000.00 to $25,000.00

c.     Unless Court approval is obtained, the Debtor shall be authorized to sell the Vehicle for a price of no less than $16,000.00.

d.     The Debtor shall be authorized to pay Flag City Truck and Equipment the sum of $2,000.00 from the sale price of the Vehicle for Flag City Truck and Equipment selling and marketing the Vehicle, plus $500 if the sale price exceeds $22,000.00.

e.     The net proceeds received from the sale of the Vehicle shall be paid to the Debtor.

f.     The Sale of the Vehicle shall be free and clear pursuant to 11 U.S.C. § 363(f) and the successful purchaser of the Vehicle shall be entitled to the protections afforded by 11 U.S.C. § 363(m).

**IT IS FURTHER ORDERED** that except as provided herein, no other terms of the Court's Order entered on September 12, 2025, approving the first modification to the Debtor's Plan as entered at Docket Number 182, nor the Order entered by the Court on January 15, 2026, approving the second modification to the Debtor's Plan as entered at Docket Number 190, are modified by this Order.

**IT IS SO ORDERED**

# # #
